Russell M. Yankwitt
Craig M. Cepler
Yankwitt LLP
140 Grand Street, Suite 501
White Plains, New York 10601
Tel.: (914) 686-1500
Fax: (914) 801-5930
*Attorneys for T. Boone Pickens*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

| | |
|---|---|
| In re: | CHAPTER 11 |
| SABINE OIL & GAS CORPORATION, *et al.*, | Case No. 15-11835 (SCC) |
| | (Joint Administration Requested) |
| Debtors. | |

-------------------------------------------------------X

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that Yankwitt LLP, hereby appears as counsel for T. Boone Pickens, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010 and requests, pursuant to Bankruptcy Rule 2002, that all notices and all papers in this case be served upon him at the following address:

> Russell M. Yankwitt, Esq.
> Craig M. Cepler, Esq.
> Yankwitt LLP
> 140 Grand Street, Suite 501
> White Plains, NY 10601
> Tel.:    (914) 686-1500
> Fax:    (914) 8915930
> russell@yankwitt.com
> craig@yankwitt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and the Rules specified above, but also

includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and however transmitted, which affects the Debtors or the property of the Debtors.

Dated:  July 27, 2015
        White Plains, New York

                              YANKWITT LLP

                    By:  /s/ Craig M. Cepler
                         Russell M. Yankwitt, Esq.
                         Craig M. Cepler, Esq.
                         140 Grand Street, Suite 501
                         White Plains, NY 10601
                         Tel.:   (914) 686-1500
                         russell@yankwitt.com
                         craig@yankwitt.com
                         *Attorneys for T. Boone Pickens*