WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Paul K. Schwartzberg, Esq.
      Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                : Case No. 15-11835 (SCC)
                                     :
Sabine Oil & Gas Corporation, *et al.*,   : Jointly Administered
                                     :
                    Debtors.         :
-----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of the Sabine Oil & Gas Corporation and its affiliated debtors-in-possession:

1.   The Bank of New York Mellon, N.A.
     101 Barclay Street
     New York, New York 10286
     Attention:  Gary S. Bush, Vice President
     Telephone: (212) 815-2747

    2.      Aurelius Capital Partners, LP
            535 Madison Avenue – 22nd Floor
            New York, New York 10022
            Attention:  Dan Gropper
            Telephone: ^646) 445-6570

    3.      Farallon Capital Offshore Investors II, L.P.
            One Maritime Plaza, Suite 2100
            San Francisco, California 94111
            Attention:  Michael Linn, Managing Member
            Telephone:  (415) 421-2132

    4.      AQR Diversified Arbitrage Fund
            2 Greenwich Plaza – 4th Floor
            Greenwich, Connecticut 06830
            Attention:  Melinda C. Franek, Vice President
            Telephone:  ((203) 742-3007

    5.      Asset Risk Management, LLC
            20329 State Highway 249 - Suite 450
            Houston, Texas 77070
            Attention:  Thomas W. Heath, President
            Telephone:  (281) 655-3206

Dated: New York, New York
       July 28, 2015

                          Sincerely,

                          WILLIAM K. HARRINGTON
                          UNITED STATES TRUSTEE

                          By:   *Paul K. Schwartzberg*
                                Paul K. Schwartzberg
                                Trial Attorney
                                U.S. Department of Justice
                                Office of the United States Trustee
                                U.S. Federal Office Building
                                201 Varick Street, Room 1006
                                New York, NY 10014
                                Tel. (212) 510-0500
                                Fax (212) 668-2255