UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| SABINE OIL & GAS CORPORATION, et al.,[1] | ) Case No. 15-11835 (SCC) |
| Debtors. | ) (Jointly Administered) |

## DECLARATION OF DISINTERESTEDNESS

I, Thomas K. Dougherty, declare under penalty of perjury:

1. I am a Shareholder and Vice President of Dougherty Law Firm, P.C., located at 100 East Ferguson, Suite 1106, Tyler, Texas 75702, (the "Firm").

2. Sabine Oil & Gas Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, "Sabine" or the "Debtors"), have requested that the Firm provide **Title Examination** services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases.

5. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440). The location of Debtor Sabine Oil & Gas Corporation's corporate headquarters and the Debtors' service address is: 1415 Louisiana, Suite 1600, Houston, Texas 77002.

KE 37357495

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $64,910.00 for pre-petition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. A summary of these invoices is attached as **Exhibit "A"**. The Debtors owe the Firm $113,750.00 for post-petition services. A summary of these invoices is attached as **Exhibit "B"**.

8. As of the Petition Date, the Firm **was not** party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2015

*[signature]*
Dougherty Law Firm, P.C.
By Thomas K. Dougherty
Shareholder and Vice President

2

KE 37357495

**Exhibit "A"**
**Summary of Pre-Petition Open Invoices**

| Type | Date | Num | Memo | Open Balance | Subtotal |
|---|---|---|---|---|---|
| Invoice | 02/13/2015 | 9701 | | 2,800.00 | 2,800.00 |
| Invoice | 02/24/2015 | 9704 | | 4,000.00 | 6,800.00 |
| Invoice | 03/04/2015 | 9720 | | 2,800.00 | 9,600.00 |
| Invoice | 03/12/2015 | 9723 | | 3,500.00 | 13,100.00 |
| Invoice | 03/12/2015 | 9724 | | 3,200.00 | 16,300.00 |
| Invoice | 06/15/2015 | 9889 | | 2,000.00 | 18,300.00 |
| Invoice | 06/17/2015 | 9891 | | 2,000.00 | 20,300.00 |
| Invoice | 06/18/2015 | 9893 | | 3,750.00 | 24,050.00 |
| Invoice | 06/18/2015 | 9896 | | 4,400.00 | 28,450.00 |
| Invoice | 06/18/2015 | 9897 | | 2,500.00 | 30,950.00 |
| Invoice | 06/22/2015 | 9901 | | 1,500.00 | 32,450.00 |
| Payment | 06/29/2015 | 407805 | Credit | (200.00) | 32,250.00 |
| Invoice | 07/01/2015 | 9904 | | 3,250.00 | 35,500.00 |
| Invoice | 07/01/2015 | 9905 | | 3,000.00 | 38,500.00 |
| Invoice | 07/01/2015 | 9906 | | 3,450.00 | 41,950.00 |
| Invoice | 07/02/2015 | 9909 | | 2,900.00 | 44,850.00 |
| Invoice | 07/07/2015 | 9911 | | 4,250.00 | 49,100.00 |
| Invoice | 07/09/2015 | 9914 | | 2,750.00 | 51,850.00 |
| Invoice | 07/13/2015 | 9915 | | 3,950.00 | 55,800.00 |
| Invoice | 07/16/2015 | 9876 | NSF Check | 4,255.00 | 60,055.00 |
| Invoice | 07/16/2015 | 9886 | NSF Check | 4,855.00 | 64,910.00 |
| | | | | **$64,910.00** | |

Dougherty Law Firm, P.C.

## Exhibit "B"
## Summary of Post-Petition Open Invoices
## As of October 21, 2015

| Type | Date | Num | Memo | Open Balance | Subtotal |
|---|---|---|---|---|---|
| Invoice | 07/30/2015 | 9945 | | 4,500.00 | 4,500.00 |
| Invoice | 08/25/2015 | 9960 | | 4,250.00 | 8,750.00 |
| Invoice | 09/01/2015 | 9968 | | 3,500.00 | 12,250.00 |
| Invoice | 09/03/2015 | 9972 | | 4,200.00 | 16,450.00 |
| Invoice | 09/04/2015 | 9974 | | 2,750.00 | 19,200.00 |
| Invoice | 09/10/2015 | 9977 | | 3,900.00 | 23,100.00 |
| Invoice | 09/14/2015 | 9978 | | 2,250.00 | 25,350.00 |
| Invoice | 09/14/2015 | 9979 | | 2,200.00 | 27,550.00 |
| Invoice | 09/14/2015 | 9980. | | 2,600.00 | 30,150.00 |
| Invoice | 09/15/2015 | 9983 | | 1,500.00 | 31,650.00 |
| Invoice | 09/21/2015 | 9989 | | 6,500.00 | 38,150.00 |
| Invoice | 09/22/2015 | 9991 | | 1,500.00 | 39,650.00 |
| Invoice | 09/22/2015 | 9994 | | 4,400.00 | 44,050.00 |
| Invoice | 09/23/2015 | 9996 | | 1,500.00 | 45,550.00 |
| Invoice | 09/25/2015 | 10000 | | 4,400.00 | 49,950.00 |
| Invoice | 09/29/2015 | 10005 | | 2,700.00 | 52,650.00 |
| Invoice | 09/29/2015 | 10006 | | 1,450.00 | 54,100.00 |
| Invoice | 10/02/2015 | 10011 | | 3,500.00 | 57,600.00 |
| Invoice | 10/07/2015 | 10014 | | 14,400.00 | 72,000.00 |
| Invoice | 10/08/2015 | 10016 | | 3,500.00 | 75,500.00 |
| Invoice | 10/09/2015 | 10017 | | 3,450.00 | 78,950.00 |
| Invoice | 10/09/2015 | 10018 | | 1,400.00 | 80,350.00 |
| Invoice | 10/12/2015 | 10020 | | 5,250.00 | 85,600.00 |
| Invoice | 10/13/2015 | 10022 | | 3,750.00 | 89,350.00 |
| Invoice | 10/14/2015 | 10025 | | 1,700.00 | 91,050.00 |
| Invoice | 10/14/2015 | 10026 | | 3,100.00 | 94,150.00 |
| Invoice | 10/15/2015 | 10028 | | 9,500.00 | 103,650.00 |
| Invoice | 10/15/2015 | 10029 | | 2,000.00 | 105,650.00 |
| Invoice | 10/20/2015 | 10031 | | 2,300.00 | 107,950.00 |
| Invoice | 10/20/2015 | 10032 | | 1,600.00 | 109,550.00 |
| Invoice | 10/21/2015 | 10036 | | 3,500.00 | 113,050.00 |
| Invoice | 10/21/2015 | 10038 | | 700.00 | 113,750.00 |
| | | | | $113,750.00 | |

Dougherty Law Firm, P.C.