**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------
                                                         :
*In re*                                                  : Chapter 11
                                                         : Case No. 15-11835(SCC)
Sabine Oil & Gas Corporation, et al.,[1]                 : Jointly Administered
                                                         :
                    Debtors.                             : **Objection Deadline: Sept 5, 2016 at 4:00 p.m. (ET)**
                                                         :
-----------------------------------------------------------

**TWELFTH MONTHLY STATEMENT OF BERKELEY RESEARCH GROUP, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD
FROM JULY 1, 2016 THROUGH JULY 27, 2016**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 10, 2015 *nunc pro tunc* to July 28, 2015 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2016 through July 27, 2016 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $160,971.60 (80% of $201,214.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,238.03[2] |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$162,209.63** |

This is a(n): __X__ Monthly Application ____Interim Application ____ Final Application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440)

[2] The date listed for expenses contained in Exhibit E does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**Summary of Monthly Fee Statements Filed**

| Application | | Requested | | CNO | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 9/21/2015 Dkt No 349 | 7/28/2015- 8/31/2015 | $525,570.50 | $3,951.29 | N/A | $420,456.40 | $3,951.29 | $0.00 |
| 10/20/2015 Dkt No 434 | 9/1/2015- 9/30/2015 | $248,553.50 | $412.81 | N/A | $198,842.80 | $412.81 | $0.00 |
| 11/20/2015 Dkt No 544 | 10/1/2015- 10/31/2015 | $324,690.00 | $3,547.93 | N/A | $259,752.00 | $3,547.93 | $0.00 |
| 12/21/2015 Dkt No 641 | 11/1/2015- 11/30/2015 | $329,442.00 | $872.53 | N/A | $263,553.60 | $872.53 | $65,888.40 |
| 1/20/2016 Dkt No 728 | 12/1/2015- 12/31/2015 | $188,763.00 | $384.81 | N/A | $151,010.40 | $384.81 | $37,752.60 |
| 2/29/2016 Dkt No 859 | 1/1/2016- 1/31/2016 | $226,877.50 | $217.79 | N/A | $181,502.00 | $217.79 | $45,375.50 |
| 3/21/2016 Dkt No 901 | 2/1/2016- 2/29/2016 | $413,055.00 | $678.32 | N/A | $113,814.98 | $678.32 | $299,240.02 |
| 4/20/2016 Dkt No 1016 | 3/1/2016- 3/31/2016 | $277,765.50 | $714.68 | N/A | $0.00 | $0.00 | $278,480.18 |
| 5/20/2016 Dkt No 1122 | 4/1/2016- 4/30/2016 | $237,179.50 | $283.85 | N/A | $0.00 | $0.00 | $237,463.35 |
| 6/20/2016 Dkt No 1280 | 5/1/2016- 5/31/2016 | $687,364.00 | $375.95 | N/A | $0.00 | $0.00 | $687,739.95 |
| 7/20/2016 Dkt No 1339 | 6/1/2016- 6/30/2016 | $701,369.00 | $8,964.21 | N/A | $0.00 | $0.00 | $710,333.21 |
| **Totals** | | **$4,160,629.50** | **$20,404.17** | | **$1,588,932.18** | **$10,065.48** | **$2,362,273.21** |

[*Remainder of this Page Intentionally Left Blank*]

**Relief Requested**

This is Berkeley Research Group's ("BRG") twelfth monthly fee statement for compensation (the "Fee Statement") for the period July 1, 2016 through July 27, 2016 (the "Monthly Fee Period") filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (Docket No.156) (the "Interim Compensation Order").  BRG requests: (a) allowance of compensation in the amount of $201,214.50 (80% of which is $160,971.60) for actual, reasonable and necessary professional services rendered to the Committee by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $1,238.03 incurred by BRG.

**Services Rendered and Disbursements Incurred**

Attached as **Exhibit A** is the schedule of professionals who rendered services to the Committee during the Monthly Fee Period, including each person's billing rate and the blended rate and **Exhibit B** shows the schedule of fees incurred during the Monthly Fee Period by task code.  Attached as **Exhibit C** are BRG's monthly detailed time descriptions for the Monthly Fee Period which describe the time spent by each BRG professional.  **Exhibit D** shows the summary totals for each category of expense while **Exhibit E** is an itemization and description of each expense incurred within each category.

**Notice and Objection Procedures**

BRG provided notice of this Fee Statement to:  (a) the Debtors; (b) Counsel to the Debtors; (c) the Office of the United States Trustee for the Southern District of New York; (d) counsel to the official committee of unsecured creditors; (e) the administrative agent under the Debtors' first lien credit facility; (f) counsel to the first lien credit facility; (g) the administrative agent under the Debtors' second lien credit facility; (h) counsel to the agent under the Debtors' second lien credit facility; (i) the indenture trustee under the Debtors' 9.75% senior notes due

2017; (j) counsel to the indenture trustee under the Debtors' 9.75% senior notes due 2017; (k) the indenture trustee under the Debtors' 7.25% senior notes due 2019; (l) the indenture trustee under the Debtors' 7.50% senior notes due 2020, (m) counsel to certain holders of the Debtors' notes due 2019 and 2020, and (n) to the extent not listed herein those parties requesting notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

Wherefore, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received BRG respectfully requests: (i) 80% of BRG's total fees for services rendered during the Monthly Fee Period ($160,971.60) and (ii) 100% of the total disbursements incurred during the Monthly Fee Period ($1,238.03).

Date: August 19, 2016

Berkeley Research Group, LLC

By _____

Christopher J. Kearns
Managing Director
Berkeley Research Group, LLC
810 7th Avenue
41st Floor
New York, NY 10019
212-782-1409

**Sabine Oil & Gas Corporation, et al.**

**Berkeley Research Group, LLC**



**Exhibit A: Fees By Professional**

For the Period 7/1/2016 through 7/27/2016

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Reed | Managing Director | $800.00 | 26.5 | $21,200.00 |
| B. Ferro | Managing Consultant | $375.00 | 27.7 | $10,387.50 |
| B. Park | Associate | $275.00 | 43.6 | $11,990.00 |
| C. Kearns | Managing Director | $940.00 | 39.0 | $36,660.00 |
| M. Haverkamp | Case Assistant | $125.00 | 18.0 | $2,250.00 |
| M. Shankweiler | Managing Director | $875.00 | 75.8 | $66,325.00 |
| R. Wright | Managing Director | $665.00 | 78.8 | $52,402.00 |
| **Total** | | | **309.4** | **$201,214.50** |
| **Blended Rate** | | | | **$650.34** |

**Sabine Oil & Gas Corporation, et al.**

**Berkeley Research Group, LLC**



**Exhibit B: Fees By Task Code**

For the Period 7/1/2016 through 7/27/2016

| Task Code | Hours | Fees |
|---|---|---|
| 05. Professional Retention/ Fee Application Preparation | 30.1 | $11,409.50 |
| 06. Attend Hearings/Related Activities | 126.9 | $85,893.50 |
| 08. Interaction/Meetings with Creditors | 5.8 | $4,398.50 |
| 10. Recovery/SubCon/Lien Analysis | 28.6 | $11,983.00 |
| 17. Analysis of Historical Results | 0.5 | $437.50 |
| 18. Operating and Other Reports | 0.6 | $399.00 |
| 19. Cash Flow/Cash Management Liquidity | 4.9 | $2,538.50 |
| 27. Plan of Reorganization/Disclosure Statement | 112.0 | $84,155.00 |
| **Total** | **309.4** | **$201,214.50** |
| **Blended Rate** | | **$650.34** |

Berkeley Research Group, LLC

Invoice for the 7/1/2016 - 7/27/2016 Period

**Sabine Oil & Gas Corporation, et al.**

**Berkeley Research Group, LLC**



**Exhibit C: Time Detail**

For the Period 7/1/2016 through 7/27/2016

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/1/2016 | R. Wright | 1.5 | Prepared April fee statement on 5/17/2016. |
| 7/1/2016 | R. Wright | 1.1 | Prepared April fee statement on 5/20/2016. |
| 7/1/2016 | R. Wright | 0.7 | Prepared April fee statement on 5/18/2016. |
| 7/1/2016 | R. Wright | 0.6 | Prepared April fee statement on 5/19/2016. |
| 7/12/2016 | M. Haverkamp | 0.6 | Prepared June fee statement. |
| 7/14/2016 | M. Haverkamp | 2.9 | Prepared June fee statement. |
| 7/14/2016 | M. Haverkamp | 1.5 | Continued to prepare June fee statement. |
| 7/15/2016 | M. Haverkamp | 2.6 | Prepared June fee statement. |
| 7/15/2016 | M. Haverkamp | 0.9 | Continued to prepare June fee statement. |
| 7/15/2016 | M. Shankweiler | 0.5 | Reviewed June fee statement components. |
| 7/18/2016 | M. Haverkamp | 2.9 | Prepared June fee statement. |
| 7/18/2016 | M. Shankweiler | 1.0 | Commented on June fee statement. |
| 7/18/2016 | R. Wright | 0.7 | Prepared June fee application. |
| 7/19/2016 | M. Haverkamp | 2.6 | Edited Sabine June fee statement. |
| 7/19/2016 | R. Wright | 1.7 | Prepared June fee application. |
| 7/19/2016 | M. Shankweiler | 1.3 | Commented on June fee statement. |
| 7/19/2016 | M. Shankweiler | 1.2 | Continued review of June fee statement. |
| 7/20/2016 | M. Haverkamp | 2.4 | Edited June fee statement. |
| 7/20/2016 | M. Shankweiler | 1.3 | Commented on June fee statement. |
| 7/20/2016 | M. Haverkamp | 0.8 | Continued to edit June fee statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/20/2016 | R. Wright | 0.5 | Prepared June fee application. |
| 7/27/2016 | M. Haverkamp | 0.8 | Prepared July fee estimate for Counsel. |
| *Task Code Total Hours* | | *30.1* | |
| **06. Attend Hearings/Related Activities** | | | |
| 7/5/2016 | M. Shankweiler | 2.9 | Attended Confirmation Hearing. |
| 7/5/2016 | B. Park | 2.9 | Attended telephonically a portion of Kearns' direct testimony. |
| 7/5/2016 | C. Kearns | 2.7 | Testified (or waited outside the courtroom as directed) in connection with the Confirmation Hearing. |
| 7/5/2016 | A. Reed | 2.5 | Attended (telephonically) Kearns testimony at related Confirmation Hearing. |
| 7/5/2016 | C. Kearns | 2.4 | Continued to testify (or wait outside the courtroom as directed) in connection with the Confirmation Hearing. |
| 7/5/2016 | R. Wright | 2.0 | Participated (telephonically) in a portion of the Confirmation Hearing - Kearns testimony, afternoon session. |
| 7/5/2016 | C. Kearns | 1.9 | Continued to testify (or wait outside the courtroom as directed) in connection with the Confirmation Hearing. |
| 7/5/2016 | B. Park | 1.2 | Attended telephonically a portion of Kearns' direct testimony. |
| 7/5/2016 | C. Kearns | 1.0 | Completed final document review for testimony preparation. |
| 7/5/2016 | A. Reed | 0.8 | Continued to attend (telephonically) Kearns testimony. |
| 7/5/2016 | R. Wright | 0.8 | Participated (telephonically) in Confirmation Hearing - Kearns testimony, morning session. |
| 7/6/2016 | M. Shankweiler | 2.9 | Attended Plan Confirmation Hearing. |
| 7/6/2016 | B. Park | 2.9 | Attended telephonically a portion of Kearns' cross examination. |
| 7/6/2016 | A. Reed | 2.5 | Attended (telephonically) Kearns testimony re: Confirmation |
| 7/6/2016 | M. Shankweiler | 2.5 | Continued to attend Confirmation Hearing. |
| 7/6/2016 | R. Wright | 2.5 | Participated (telephonically) in a portion of the Confirmation Hearing - Zelin testimony. |
| 7/6/2016 | C. Kearns | 2.5 | Provided trial testimony - day 2 (cross examination and redirect). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **06. Attend Hearings/Related Activities** | | | |
| 7/6/2016 | R. Wright | 2.4 | Participated (telephonically) in a portion of the Confirmation Hearing - Kearns testimony. |
| 7/6/2016 | A. Reed | 2.0 | Attended (telephonically) Zelin testimony re: Confirmation Hearing. |
| 7/6/2016 | B. Park | 2.0 | Attended telephonically a portion of Zelin's direct testimony. |
| 7/6/2016 | C. Kearns | 1.9 | Attended a portion of Zelin direct testimony. |
| 7/7/2016 | B. Ferro | 2.9 | Attended (telephonically) Plan Confirmation Hearing day 10. |
| 7/7/2016 | B. Ferro | 2.9 | Continued to attend (telephonically) Plan Confirmation Hearing day 10. |
| 7/7/2016 | R. Wright | 2.8 | Participated (telephonically) in a portion of the Confirmation Hearing - Zelin testimony. |
| 7/7/2016 | A. Reed | 2.5 | Continued to attend (telephonically) Zelin testimony re: Confirmation Hearing. |
| 7/7/2016 | B. Park | 2.4 | Attended telephonically a portion of Zelin's cross examination. |
| 7/7/2016 | M. Shankweiler | 2.4 | Continued to attend (telephonically) the Confirmation Hearing. |
| 7/7/2016 | M. Shankweiler | 2.3 | Attended Plan Confirmation Hearing (telephonically). |
| 7/7/2016 | R. Wright | 2.2 | Continued to participate (telephonically) in a portion of the Confirmation Hearing - Zelin testimony. |
| 7/7/2016 | A. Reed | 1.8 | Attended (telephonically) Zelin testimony re: Confirmation Hearing. |
| 7/7/2016 | C. Kearns | 1.0 | Attended (telephonically) Zelin direct testimony. |
| 7/7/2016 | B. Ferro | 0.9 | Continued to attend (telephonically) Plan Confirmation Hearing day 10. |
| 7/8/2016 | B. Ferro | 2.9 | Attended (telephonically) Plan Confirmation Hearing day 11. |
| 7/8/2016 | A. Reed | 2.9 | Attended (telephonically) Zelin testimony re: Confirmation Hearing. |
| 7/8/2016 | R. Wright | 2.8 | Participated (telephonically) in a portion of the Confirmation Hearing - Zelin testimony. |
| 7/8/2016 | M. Shankweiler | 2.5 | Attended Confirmation Hearing (telephonically). |
| 7/8/2016 | C. Kearns | 1.5 | Attended (telephonically) Zelin trial - redirect. |
| 7/8/2016 | B. Park | 1.1 | Attended telephonically a portion of Zelin's cross examination. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **06. Attend Hearings/Related Activities** | | | |
| 7/13/2016 | A. Reed | 2.9 | Attended (telephonically) Confirmation Hearing closing arguments. |
| 7/13/2016 | B. Ferro | 2.9 | Attended (telephonically) Plan Confirmation Hearing day 12 re: closing arguments. |
| 7/13/2016 | M. Shankweiler | 2.9 | Attended Plan Confirmation Hearing re: closing arguments. |
| 7/13/2016 | B. Park | 2.9 | Attended telephonically the closing arguments. |
| 7/13/2016 | A. Reed | 2.9 | Continued attend (telephonically) Confirmation Hearing closing arguments. |
| 7/13/2016 | A. Reed | 2.9 | Continued attend (telephonically) Confirmation Hearing closing arguments. |
| 7/13/2016 | M. Shankweiler | 2.9 | Continued to attend Plan Confirmation Hearing re: closing arguments. |
| 7/13/2016 | B. Park | 2.9 | Continued to attend telephonically the closing arguments. |
| 7/13/2016 | R. Wright | 2.9 | Participated (telephonically) in a portion of Confirmation Hearing - UCC closing arguments. |
| 7/13/2016 | B. Park | 2.4 | Continued to attend telephonically the closing arguments. |
| 7/13/2016 | R. Wright | 2.2 | Participated (telephonically) in a portion of Confirmation Hearing - Debtors' closing arguments. |
| 7/13/2016 | B. Ferro | 2.1 | Continued to attend (telephonically) Plan Confirmation Hearing day 12 re: closing arguments. |
| 7/13/2016 | C. Kearns | 2.0 | Attended portion of Confirmation Hearing - closing arguments. |
| 7/13/2016 | C. Kearns | 2.0 | Continued to attend portion of Confirmation Hearing - closing arguments. |
| 7/13/2016 | R. Wright | 1.5 | Continued to participate (telephonically) in a portion of Confirmation Hearing - UCC closing arguments. |
| 7/13/2016 | M. Shankweiler | 1.2 | Continued to attend Plan Confirmation Hearing re: closing arguments. |
| 7/13/2016 | C. Kearns | 1.2 | Continued to attend portion of Confirmation Hearing - closing arguments. |
| 7/13/2016 | A. Reed | 0.8 | Continued to attend (telephonically) Confirmation Hearing closing arguments. |
| 7/13/2016 | R. Wright | 0.7 | Participated (telephonically) in a portion of Confirmation Hearing - First lien lenders' closing arguments. |
| 7/27/2016 | M. Shankweiler | 0.7 | Continued to attend (telephonically) a portion of status hearing. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **06. Attend Hearings/Related Activities** | | | |
| 7/27/2016 | M. Shankweiler | 0.5 | Attended (telephonically) a portion of status hearing. |
| 7/27/2016 | R. Wright | 0.5 | Participated (telephonically) in a portion of Confirmation Hearing. |
| **Task Code Total Hours** | | **126.9** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 7/8/2016 | C. Kearns | 0.5 | Participated in conference call with G. Galardi (Ropes & Gray) re: information needs for trial closing. |
| 7/8/2016 | M. Shankweiler | 0.4 | Coordinated with Ropes & Gray (D. McCaughey) re: closing arguments. |
| 7/11/2016 | A. Reed | 0.7 | Participated in UCC call re: preparation for closing arguments in Confirmation Hearing. |
| 7/11/2016 | C. Kearns | 0.6 | Participated in Committee call re: the Plan and appeal related issues. |
| 7/11/2016 | B. Ferro | 0.6 | Participated on weekly Committee call with D. Gropper (Aurelius), M. Franek (AQR), and M. Somerstein (Ropes & Gray) re: STN update and Plan confirmation trial closing. |
| 7/12/2016 | A. Reed | 1.3 | Participated in UCC call re: preparation for closing arguments in Confirmation Hearing. |
| 7/13/2016 | C. Kearns | 0.6 | Commented on demonstrative slides for closing for Ropes & Gray. |
| 7/26/2016 | C. Kearns | 0.2 | Read emails from Counsel on lift stay issues. |
| 7/27/2016 | B. Ferro | 0.7 | Participated in call with D. Gropper (Aurelius), M. Franek (AQR) and M. Somerstein (Ropes & Gray) re: Stay Pending Appeal Strategy Discussion. |
| 7/27/2016 | M. Shankweiler | 0.2 | Responded to Counsel requests for information re: post confirmation liquidity. |
| **Task Code Total Hours** | | **5.8** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/1/2016 | B. Park | 2.9 | Continued to prepare slides for Kearns' testimony re: recoveries under various scenarios. |
| 7/1/2016 | B. Park | 2.9 | Continued to prepare slides for Kearns' testimony re: recoveries under various scenarios. |
| 7/1/2016 | B. Park | 2.9 | Prepared slides for Kearns' testimony re: recoveries under various scenarios. |
| 7/1/2016 | B. Park | 1.6 | Continued to prepare slides for Kearns' testimony re: recoveries under various scenarios. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/2/2016 | B. Park | 0.5 | Analyzed output from Debtors' recoveries model under requested scenarios. |
| 7/3/2016 | C. Kearns | 1.4 | Compared Debtors' output of recoveries based on scenarios requested by the Committee. |
| 7/3/2016 | M. Shankweiler | 0.8 | Reviewed Debtors' recovery scenario analysis as compared with Committee recovery analyses. |
| 7/3/2016 | B. Park | 0.4 | Analyzed output from Debtors' recoveries model under requested scenarios. |
| 7/4/2016 | B. Park | 0.9 | Prepared slides for Kearns' testimony re: recoveries under various scenarios. |
| 7/4/2016 | M. Shankweiler | 0.5 | Evaluated recovery scenarios presented by Debtors. |
| 7/7/2016 | B. Park | 2.9 | Prepared a reconciliation between BRG's and the Debtors' calculations of unsecured recoveries under various scenarios. |
| 7/7/2016 | C. Kearns | 0.8 | Reconciled the Debtors' waterfall scenarios to our model. |
| 7/7/2016 | M. Shankweiler | 0.4 | Reviewed Debtors' recovery scenario analysis and bridge to Committee recoveries. |
| 7/7/2016 | B. Park | 0.3 | Continued to prepare a reconciliation between BRG's and the Debtors' calculations of unsecured recoveries under various scenarios. |
| 7/8/2016 | M. Shankweiler | 0.8 | Reviewed hearing testimony of Mitchell re: bucket II claims. |
| 7/8/2016 | R. Wright | 0.5 | Reviewed updated reserve report. |
| 7/11/2016 | B. Ferro | 0.6 | Reviewed draft Ropes Letter Brief re: Strip Pricing to analyze potential impact on recoveries. |
| 7/12/2016 | B. Park | 1.0 | Discussed the impact of reserve adjustment factors on UCC recoveries with Ropes & Gray (J. McClain). |
| 7/12/2016 | B. Ferro | 0.5 | Reviewed PJT's updated recovery analysis to analyze impact on recoveries. |
| 7/15/2016 | M. Shankweiler | 0.5 | Responded to request by Counsel (Ropes & Gray) for information related to lien review process. |
| 7/21/2016 | B. Ferro | 2.4 | Reviewed April Lease Operating Statements to evaluate encumbrance percentages and analyze variances from prior months. |
| 7/21/2016 | B. Ferro | 2.4 | Reviewed May Lease Operating Statements to evaluate encumbrance percentages and analyze variances from prior months. |

Berkeley Research Group, LLC

Invoice for the 7/1/2016 - 7/27/2016 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/26/2016 | B. Ferro | 0.7 | Reviewed updated recovery analysis prepared by PJT to evaluate changed to prior version. |
| *Task Code Total Hours* | | *28.6* | |
| **17. Analysis of Historical Results** | | | |
| 7/22/2016 | M. Shankweiler | 0.5 | Reviewed LOS statements and metrics for months of April and May. |
| *Task Code Total Hours* | | *0.5* | |
| **18. Operating and Other Reports** | | | |
| 7/8/2016 | R. Wright | 0.6 | Reviewed MOR through June 2016. |
| *Task Code Total Hours* | | *0.6* | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 7/14/2016 | R. Wright | 0.7 | Reviewed Sabine cash flow forecast update. |
| 7/20/2016 | B. Ferro | 1.5 | Reviewed budget to actual variances for the month of June. |
| 7/20/2016 | B. Ferro | 0.4 | Updated monthly comparison of professional fees for April. |
| 7/20/2016 | B. Ferro | 0.4 | Updated monthly comparison of professional fees for May. |
| 7/21/2016 | B. Ferro | 0.4 | Updated monthly comparison of professional fees for April. |
| 7/21/2016 | M. Shankweiler | 0.3 | Reviewed most recent LOS statements re: Debtor cash flows from encumbered/unencumbered wells. |
| 7/22/2016 | R. Wright | 1.2 | Reviewed cash flow reporting and updated forecast package re: liquidity outlook. |
| *Task Code Total Hours* | | *4.9* | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 7/1/2016 | R. Wright | 2.9 | Continued to prepare demonstratives for Kearns' testimony - comparison of Bucket II claim amounts. |
| 7/1/2016 | M. Shankweiler | 2.9 | Continued to prepare demonstratives for Kearns' testimony re: Plan Confirmation Hearing. |
| 7/1/2016 | M. Shankweiler | 2.9 | Prepared demonstratives for Kearns direct testimony at Plan Confirmation Hearing. |
| 7/1/2016 | R. Wright | 2.9 | Prepared demonstratives for Kearns' testimony - comparison of Bucket II claim amounts. |
| 7/1/2016 | R. Wright | 2.9 | Prepared demonstratives for Kearns' testimony - recovery scenarios. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 7/1/2016 | R. Wright | 2.7 | Continued to prepare demonstratives for Kearns' testimony - recovery scenarios. |
| 7/1/2016 | M. Shankweiler | 2.5 | Reviewed latest Zelin demonstratives for plan confirmation testimony. |
| 7/1/2016 | C. Kearns | 1.5 | Reviewed trial demonstratives. |
| 7/1/2016 | C. Kearns | 1.3 | Reviewed key documents for trial preparation. |
| 7/1/2016 | R. Wright | 1.1 | Participated in a call on 5/13/2016 with Counsel (G. Galardi) re: expert reports. |
| 7/1/2016 | R. Wright | 1.0 | Participated in a call on 5/13/2016 with Counsel (R. Martin) re: expert reports. |
| 7/1/2016 | C. Kearns | 1.0 | Participated in trial preparation with Ropes & Gray team (M. Somerstein). |
| 7/2/2016 | M. Shankweiler | 2.9 | Participated in trial preparation with Counsel (G. Weiner). |
| 7/2/2016 | R. Wright | 2.9 | Prepared demonstratives for Kearns' testimony - adding footnotes. |
| 7/2/2016 | C. Kearns | 2.5 | Met with Ropes & Gray trial Counsel (G. Weiner and J. McClain) and M. Shankweiler to prepare for direct testimony. |
| 7/2/2016 | C. Kearns | 2.0 | Continued to meet with Ropes & Gray trial Counsel (G. Weiner and J. McClain) and M. Shankweiler to prepare for direct testimony. |
| 7/2/2016 | M. Shankweiler | 1.4 | Continued to participate in trial preparation with Counsel. |
| 7/2/2016 | R. Wright | 1.4 | Continued to prepare demonstratives for Kearns' testimony - tying out references. |
| 7/2/2016 | M. Shankweiler | 0.4 | Commented on updated Kearns testimony demonstratives. |
| 7/3/2016 | R. Wright | 2.9 | Compared the Kearns waterfall under six scenarios to the Debtors' results. |
| 7/3/2016 | R. Wright | 1.1 | Continued to compare the Kearns waterfall under six scenarios to the Debtors' results. |
| 7/4/2016 | R. Wright | 2.0 | Continued to compare the Kearns waterfall under six scenarios to the Debtors' results. |
| 7/4/2016 | R. Wright | 1.7 | Prepared bullet points identifying differences in Debtors' Bucket II analysis. |
| 7/4/2016 | C. Kearns | 1.5 | Reviewed key documents for testimony preparation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 7/4/2016 | M. Shankweiler | 0.6 | Coordinated with Ropes & Gray (G. Weiner) re: completion of Kearns' demonstratives. |
| 7/5/2016 | M. Shankweiler | 1.8 | Discussed UCC claim components with Counsel (G. Weiner) |
| 7/5/2016 | M. Shankweiler | 1.4 | Read Kearns deposition testimony in preparation for hearing. |
| 7/5/2016 | M. Shankweiler | 1.2 | Analyzed latest Zelin demonstratives for Confirmation Hearing. |
| 7/5/2016 | R. Wright | 0.9 | Participated in a call with the Committee re: plan Confirmation Hearing. |
| 7/5/2016 | M. Shankweiler | 0.8 | Met with Counsel (G. Galardi) for pre-hearing meeting. |
| 7/5/2016 | M. Shankweiler | 0.4 | Participated in call with Committee re: case status. |
| 7/6/2016 | R. Wright | 2.8 | Coordinated with Counsel (G. Weiner) in preparation for C. Kearns direct testimony. |
| 7/6/2016 | M. Shankweiler | 2.3 | Analyzed Zelin report in order to prepare analysis for Counsel re: claim amounts. |
| 7/6/2016 | R. Wright | 2.1 | Developed recovery scenarios in preparation for C. Kearns direct testimony. |
| 7/6/2016 | C. Kearns | 0.8 | Reviewed key documents before resuming my trial testimony. |
| 7/6/2016 | M. Shankweiler | 0.7 | Met with Counsel (G. Galardi) re: strategy for continuation of Confirmation Hearing. |
| 7/6/2016 | M. Shankweiler | 0.5 | Coordinated with PJT (M. Barry) re: adequate protection claim issues. |
| 7/7/2016 | R. Wright | 1.8 | Prepared exhibits for closing arguments. |
| 7/7/2016 | B. Park | 0.2 | Reviewed transcript of the Kearns direct testimony. |
| 7/8/2016 | R. Wright | 1.5 | Prepared exhibits for closing arguments. |
| 7/9/2016 | B. Park | 2.6 | Adjusted collateral value exhibits in the closing slides for confirmation objection. |
| 7/10/2016 | B. Park | 0.9 | Prepared slides related to recoveries under various scenarios as part of the closing slides for confirmation objection. |
| 7/10/2016 | M. Shankweiler | 0.6 | Participated in conference call with Counsel (G. Galardi) re: plan confirmation strategy. |
| 7/10/2016 | B. Park | 0.5 | Participated in a portion of a call with Ropes & Gray (G. Galardi) re: closing slides for confirmation objection. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 7/10/2016 | M. Shankweiler | 0.4 | Commented on closing slides re: Plan confirmation. |
| 7/11/2016 | M. Shankweiler | 2.9 | Commented on initial slide presentation re: Committee closing arguments. |
| 7/11/2016 | M. Shankweiler | 2.5 | Commented on Committee appellate brief as it relates to claim specifics. |
| 7/11/2016 | M. Shankweiler | 1.7 | Continued to comment on slide presentation re: Committee closing arguments. |
| 7/11/2016 | R. Wright | 1.7 | Reviewed draft closing slides. |
| 7/11/2016 | B. Ferro | 1.5 | Reviewed Counsel's draft closing slides to ensure and accuracy with Kearns testimony. |
| 7/11/2016 | C. Kearns | 0.9 | Reviewed draft slides for closing to give comments to Counsel. |
| 7/11/2016 | R. Wright | 0.8 | Participated in call with the Committee re: Confirmation Hearing closing arguments. |
| 7/12/2016 | M. Shankweiler | 2.9 | Commented on revised Committee Confirmation Hearing closing presentation. |
| 7/12/2016 | M. Shankweiler | 2.9 | Met with Counsel (Ropes & Gray, Akin Gump) and Committee (AQR, Aurelius) re: Confirmation Hearing closing presentation. |
| 7/12/2016 | C. Kearns | 2.5 | Met with Committee co-chairs, Counsel, PJT and Akin to review demonstratives for closing. |
| 7/12/2016 | R. Wright | 2.5 | Participated (telephonically) in a portion of the closing trial preparation meeting with Counsel (G. Galardi). |
| 7/12/2016 | B. Park | 2.4 | Adjusted the Debtors' waterfall to include the reserve adjustment factors' impact on Bucket II claims. |
| 7/12/2016 | M. Shankweiler | 2.1 | Commented on Committee Confirmation Hearing closing presentation. |
| 7/12/2016 | R. Wright | 2.0 | Reviewed draft closing slides. |
| 7/12/2016 | M. Shankweiler | 0.6 | Continued to participate in meeting with G. Galardi (Ropes & Gray), D. Goldin (Akin Gump), and D. Seval (Brown Rudnick) re: closing issues. |
| 7/12/2016 | C. Kearns | 0.5 | Reviewed draft closing slides. |
| 7/13/2016 | R. Wright | 1.8 | Reviewed final closing slides. |
| 7/13/2016 | M. Shankweiler | 0.8 | Participated in pre-hearing meeting with Counsel (G. Wiener) re: closing issues. |

Berkeley Research Group, LLC

Invoice for the 7/1/2016 - 7/27/2016 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 7/13/2016 | M. Shankweiler | 0.6 | Participated in meeting with  G. Galardi (Ropes & Gray), D. Goldin (Akin Gump), and D. Seval (Brown Rudnick) re: closing issues. |
| 7/14/2016 | M. Shankweiler | 0.8 | Reviewed brief for appellant filed in second circuit court. |
| 7/14/2016 | M. Shankweiler | 0.6 | Reviewed native format exhibits provided to Counsel related to closing hearing. |
| 7/25/2016 | R. Wright | 0.8 | Participated in a call with the Committee re: confirmation. |
| 7/25/2016 | C. Kearns | 0.3 | Reviewed Committee's stay request. |
| 7/26/2016 | B. Ferro | 1.0 | Updated professional fee schedule to incorporate Counsel's adjustments for hearing. |
| 7/27/2016 | R. Wright | 0.6 | Participated (telephonically) in a portion of the pre-trial status conference. |
| 7/27/2016 | R. Wright | 0.5 | Participated in a call with the Committee re: confirmation. |
| 7/27/2016 | R. Wright | 0.4 | Participated in a portion of a call with the Committee re: next steps. |
| 7/27/2016 | M. Shankweiler | 0.3 | Reviewed Counsel memo re: motion for stay issues. |
| ***Task Code Total Hours*** | | *112.0* | |
| **Total Hours** | | **309.4** | |

Berkeley Research Group, LLC

Invoice for the 7/1/2016 - 7/27/2016 Period

**Sabine Oil & Gas Corporation, et al.**

**Berkeley Research Group, LLC**

 

**Exhibit D: Expenses By Category**

For the Period 7/1/2016 through 7/27/2016

| Expense Category | Amount |
| --- | ---: |
| 02. Travel - Train and Bus | $270.75 |
| 03. Travel - Taxi | $645.91 |
| 06. Travel - Mileage | $21.60 |
| 07. Travel - Parking | $62.00 |
| 10. Meals | $237.77 |
| **Total Expenses for the Period 7/1/2016 through 7/27/2016** | **$1,238.03** |

Berkeley Research Group, LLC

Invoice for the 7/1/2016 - 7/27/2016 Period

**Sabine Oil & Gas Corporation, et al.**

**Berkeley Research Group, LLC**

 

**Exhibit E: Expense Detail**

For the Period 7/1/2016 through 7/27/2016

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/1/2016. |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/13/2016. |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/14/2016. |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/16/2016. |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/2/2016. |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/22/2016. |
| 7/1/2016 | R. Wright | $14.25 | Round trip bus fare to NYC to collaborate with other professionals on 6/29/2016. |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/30/2016. |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/6/2016. |
| 7/1/2016 | R. Wright | $28.50 | Round trip bus fare to NYC to collaborate with other professionals on 6/9/2016. |
| *Expense Category Total* | | *$270.75* | |
| **03. Travel - Taxi** | | | |
| 7/1/2016 | B. Ferro | $17.50 | Extended hours - taxi home on 6/22/2016. |
| 7/1/2016 | B. Ferro | $14.82 | Extended hours - taxi home on 6/23/2016. |
| 7/1/2016 | B. Ferro | $18.67 | Extended hours - taxi home on 6/27/2016. |
| 7/1/2016 | M. Shankweiler | $12.36 | Late night cab home from office on 6/27/2016. |
| 7/1/2016 | M. Shankweiler | $12.96 | Late night taxi home from office on 6/28/2016. |

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|

### 03. Travel - Taxi

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| 7/1/2016 | M. Shankweiler | $11.76 | Sunday cab home from office on 6/26/2016. |
| 7/1/2016 | BRG Direct | $98.34 | Taxi for J. Dunn, on 06/17/2016 due to working until 2 am from the morning on 6/16/2016. |
| 7/1/2016 | B. Park | $113.39 | Taxi from office to home after working late on 6/28/2016. |
| 7/1/2016 | B. Park | $115.24 | Taxi from office to home after working late on 6/29/2016. |
| 7/1/2016 | B. Ferro | $17.15 | Taxi from work, Sunday 11pm on 6/12/2016. |
| 7/1/2016 | R. Wright | $85.84 | Taxi home after working late on 6/29/2016. |
| 7/1/2016 | B. Ferro | $55.88 | Taxi home on 6/28/2016 due to working late. |
| 7/1/2016 | B. Ferro | $15.44 | Taxi to work on Sunday on 6/12/2016. |
| 7/2/2016 | M. Shankweiler | $15.00 | Taxi cab home from office on Saturday. |
| 7/2/2016 | M. Shankweiler | $13.00 | Taxi cab to the office on Saturday. |
| 7/5/2016 | M. Shankweiler | $28.56 | Taxi cab to court on 7/5/2016. |
| *Expense Category Total* | | *$645.91* | |

### 06. Travel - Mileage

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| 7/2/2016 | C. Kearns | $21.60 | Mileage re: trial testimony preparation during a holiday weekend. |
| *Expense Category Total* | | *$21.60* | |

### 07. Travel - Parking

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| 7/2/2016 | C. Kearns | $62.00 | Parking re: trial testimony preparation during holiday weekend. |
| *Expense Category Total* | | *$62.00* | |

### 10. Meals

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| 7/1/2016 | B. Park | $12.52 | Dinner while working late on 6/14/2016. |
| 7/1/2016 | B. Park | $12.74 | Dinner while working late on 6/22/2016. |
| 7/1/2016 | B. Park | $19.05 | Dinner while working late on 6/28/2016. |
| 7/1/2016 | R. Wright | $80.00 | Lunch for trial preparation meeting with Ropes & Gray for J. McClain, R. Wright, M. Shankweiler, B. Park. |
| 7/1/2016 | B. Park | $18.88 | Meal while working late (after midnight) on 6/28/2016. |

| Date | Professional | Amount | Description |
|------|--------------|--------|-------------|
| **10. Meals** | | | |
| 7/1/2016 | B. Ferro | $30.38 | Working dinner on 6/12/2016 for B. Ferro, M. Shankweiler. |
| 7/1/2016 | B. Ferro | $15.20 | Working dinner on 6/22/2016. |
| 7/1/2016 | B. Ferro | $12.80 | Working dinner on 6/27/2016. |
| 7/1/2016 | B. Ferro | $15.20 | Working dinner on 6/28/2016. |
| 7/2/2016 | M. Shankweiler | $21.00 | Breakfast for team while working on Saturday. |
| *Expense Category Total* | | *$237.77* | |

**Total Expenses**  $1,238.03