**Hearing Date and Time: November 21, 2016 at 10:00 a.m. (ET)**
**Objection Deadline: TBD**

John F. Higgins
Eric M. English
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
E-mail: *jhiggins@porterhedges.com*
*eenglish@porterhedges.com*

*Texas, Oil and Gas, and Conflicts Counsel*
*to the Official Committee of Unsecured*
*Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SABINE OIL & GAS CORPORATION, *et al.*,[1] | Case No. 15-11835 (SCC) |
| Debtors. | Jointly Administered |

**COVER SHEET FOR THIRD AND FINAL APPLICATION OF
PORTER HEDGES LLP, AS TEXAS, OIL AND GAS, AND CONFLICTS
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM AUGUST 11, 2015 THROUGH JULY 27, 2016**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440).

5685597v4

| | |
|---|---|
| Name of Applicant: | Porter Hedges LLP<br>Texas, Oil and Gas, and Conflicts Counsel to the<br>Official Committee of Unsecured Creditors |
| Date of Retention: | October 15, 2015 (*nunc pro tunc* to August 11, 2015)<br>[Docket No. 420] |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2016 through and including July 27, 2016 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $88,637.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $4,015.31 |
| Amount of Compensation Sought Already Paid Pursuant to Monthly Fee Statement during Fee Period: | $0.00 |
| Amount of Expense Reimbursement Already Paid Pursuant to Monthly Fee Statement: | $0.00 |
| Total Compensation Already Approved by Order to Date: | $966,386.50 |
| Total Expenses Already Approved by Interim Order to Date: | $16,799.30 |
| Total Allowed Compensation Paid to Date: | $1,164,328.05 |
| Total Allowed Expenses Paid to Date: | $24,479.60 |
| Blended Hourly Rate for Hours Worked By All Timekeepers in this Application: | $451.31 |
| Number of Professionals and Paraprofessionals Included in this Application: | 9 |

2

5685597v4

Number of Professionals Billing Fewer     <u>6</u>
than 15 Hours to this Case:

Increase in Rates: [Are any rates higher     No.
than other approved or disclosed at
retention? If yes, calculate and disclose
the total compensation sought in this
application using the rates originally
disclosed in the retention application.]

This is a:_____Monthly _____ Interim _____X_____ Final Application.

5685597v4

**Summary of Prior Interim Applications Filed**

| Application Number | Application Date | Filing Period | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| 1 | 12/18/15 [624] | 8/11/15 – 10/31/15 | $966,386.50 | $16,799.30 | $966,386.50 | $16,799.30 |
| 2 | 05/12/16 [1089] | 11/01/15 – 03/31/16 | $417,519.00 | $13,334.99 | N/A | N/A |

**Summary of Monthly Fee Statements Filed**

| Application | | Requested | | CNO | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 05/20/16 [1121] | 04/01/16 – 04/30/16 | $6,066.50 | $26.70 | N/A | $0.00 | $0.00 | $6,093.20 |
| 06/20/16 [1279] | 05/01/16 – 05/31/16 | $44,345.00 | $17.73 | N/A | $0.00 | $0.00 | $44,362.73 |
| 07/20/16 [1341] | 06/01/16 – 06/30/16 | $35,917.00 | $3,970.88 | N/A | $0.00 | $0.00 | $39,887.88 |
| 08/19/16 [1398] | 07/01/16 – 07/27/16 | $2,309.00 | $0.00 | N/A | $0.00 | $0.00 | $2,309.00 |
| | | | | | | | |
| **Totals** | | **$88,637.50** | **$4,015.31** | **N/A** | **$0.00** | **$0.00** | **$92,652.81** |

[*Remainder of this Page Intentionally Blank*]

5685597v4

**Hearing Date and Time: November 21, 2016 at 10:00 a.m. (ET)**
**Objection Deadline: TBD**

John F. Higgins
Eric M. English
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone:  (713) 226-6000
Facsimile:  (713) 226-6248
E-mail:  *jhiggins@porterhedges.com*
       *eenglish@porterhedges.com*

*Texas, Oil and Gas, and Conflicts Counsel*
*to the Official Committee of Unsecured*
*Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| SABINE OIL & GAS CORPORATION, *et al.*,[1] | ) | Case No. 15-11835 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**THIRD AND FINAL APPLICATION OF PORTER HEDGES LLP, AS TEXAS, OIL
AND GAS, AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
AND FOR THE REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM AUGUST 11, 2015 THROUGHT JULY 27, 2016</u>**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

Porter Hedges LLP ("<u>Porter Hedges</u>"), Texas, Oil and Gas, and Conflicts Counsel for the

Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Sabine Oil & Gas Corporation,

*et al.* (collectively, the "<u>Debtors</u>"), for its application (the "<u>Application</u>") pursuant to sections

330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") for allowance of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440).

5685597v4

compensation for services rendered and for reimbursement of expenses incurred in connection therewith, respectfully represents:

**INTRODUCTION**

1.      This Court approved the Committee's retention of Porter Hedges to perform a comprehensive review and analysis of the liens asserted by the Debtors' secured lenders on oil and gas properties. Porter Hedges successfully performed this review and identified numerous issues with respect to the extent and perfection of the lender's liens. Porter Hedges shared the results of its lien analysis not only with the Committee, but with representatives for the Debtors, the first lien lenders and the second lien lenders. The estates received value from Porter Hedges' investigation through the settlement reached by the Debtors that formed the basis for the confirmed Plan of Reorganization.

2.      By this Application, Porter Hedges seeks (a) allowance and award of compensation for the professional services rendered by Porter Hedges as Texas, oil and gas, and conflicts counsel to the Committee for the period from April 1, 2016 through and including July 27, 2016 (the "Compensation Period"), consisting of (i) fees for legal services in the amount of $88,637.50, representing approximately 192.10 hours of professional services and 4.30 hours of paraprofessional services, and (ii) expenses in the amount of $4,015.31, representing actual and necessary expenses incurred by Porter Hedges during the Compensation Period in connection with the rendition of such professional and paraprofessional services; (b) allowance of final compensation for the period from August 11, 2015 through July 27, 2016 (the "Final Period") in the amount of $1,506,692.60, consisting of (i) fees for legal services in the amount of $1,472,543.00, representing approximately 3,339.90 hours of professional services and 269.50 hours of paraprofessional services, and (ii) expenses in the amount of $34,149.60; and (c)

2

payment of the unpaid portion of incurred fees and expenses during this case in the amount of $317,884.95.

3.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 156] entered on August 10, 2015 (the "Interim Compensation Order"). In preparing the Application, Porter Hedges has complied with the U.S. Trustee *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "Appendix B Guidelines") and the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Case*, effective February 5, 2013 (the "Local Guidelines"). In accordance with the Local Guidelines, a certification by Eric M. English regarding compliance with the Local Guidelines is attached hereto as **Exhibit A**.

**BACKGROUND**

4.      On July 15, 2015 (the "Petition Date"), the Debtors filed petitions with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' bankruptcy cases.

3

5685597v4

5. On July 28, 2015, the United States Trustee for the Southern District of New York (the "United States Trustee") appointed the Committee. Also on August 11, 2015, the Committee selected Porter Hedges as its Texas and oil and gas counsel.

6. On October 15, 2015, this Court entered an order authorizing the retention of Porter Hedges as Texas and oil and gas counsel to the Committee [Docket No. 420] (the "PH Retention Order"). A copy of the PH Retention Order is attached as **Exhibit B**.

7. On January 12, 2016, this Court entered an order authorizing the retention of Porter Hedges as Conflicts Counsel to the Committee [Docket No. 692] (the "PH Expansion Order"). A copy of the PH Expansion Order is attached as **Exhibit C**.

8. Pursuant to the Interim Compensation Order, Porter Hedges filed and sent to the Debtors and the appropriate notice parties: (i) a monthly fee statement, dated May 18, 2016, for compensation and for reimbursement of expenses for services rendered during the period from April 1, 2016, through April 30, 2016, in the amounts of $6,066.50 for fees and $26.70 for expenses (the "April Monthly Fee Statement"); (ii) a monthly fee statement, dated June 16, 2016, for compensation and for reimbursement of expenses for services rendered during the period from May 1, 2016, through May 31, 2016, in the amounts of $44,345.00 for fees and $17.73 for expenses (the "May Monthly Fee Statement"); (iii) a monthly fee statement, dated July 20, 2016, for compensation and for reimbursement of expenses for services rendered during the period from June 1, 2016, through June 30, 2016, in the amounts of $35,917.00 for fees and $3,970.88 for expenses (the "June Monthly Fee Statement"); and (iv) a monthly fee statement, dated August 19, 2016, for compensation and for reimbursement of expenses for services rendered during the period from July 1, 2016, through July 27, 2016, in the amounts of $2,309.00 for fees and $0.00 for expenses (the "July Fee Statement" and together with the April Monthly Fee

4

5685597v4

Statement, the May Monthly Fee Statement, the June Monthly Fee Statement and the July Monthly Fee Statement, collectively, the "Monthly Fee Statements").

9.      Pursuant to the Interim Compensation Order, if no objections are received by the 35th day following the last day of the month for which compensation is sought in a given Monthly Fee Statement, the Debtors shall promptly pay 80% of the fees and 100% of the expenses detailed in such Monthly Fee Statement.  As of the date of this Application, Porter Hedges has not received any payments for the fees and expenses detailed in the Monthly Fee Statements.

10.      Except for the payments received pursuant to the Interim Compensation Order, Porter Hedges has received no payment and no promises for payment from any other source for services rendered in connection with the Debtors' chapter 11 cases.  There is no agreement or understanding between Porter Hedges and any other person (other than members of Porter Hedges) for the sharing of compensation to be received for the services rendered in these chapter 11 cases.

### SUMMARY OF SERVICES RENDERED

11.      During the Compensation Period, Porter Hedges rendered professional services to the Committee as Texas, oil and gas, and conflicts counsel.  As described in detail below, the issues arising in these chapter 11 cases have required the assistance of Porter Hedges personnel from multiple legal disciplines.

12.      As is its practice with clients, Porter Hedges maintains written records of the time expended by attorneys and paraprofessionals in rendering professional services to the Committee.  The respective professionals made these time records contemporaneously with the services rendered, and the presentation of the time records complies with the Local Bankruptcy

5685597v4

Rules, the Appendix B Guidelines and the Local Guidelines.  A schedule showing the name of the attorney or paraprofessional, the date on which the services were performed, a description of the services rendered, and the amount of time spent in performing the services during the Compensation Period is annexed hereto as **Exhibit D**.

13.     As is its practice with clients, Porter Hedges also maintains records of all actual and necessary out-of-pocket expenses incurred in rendering professional services, which are available for inspection.  A schedule of the categories of expenses and amounts for which reimbursement is requested is annexed hereto as **Exhibit E**.

14.     Porter Hedges respectfully submits that the professional services it rendered on behalf of the Committee were necessary and appropriate and have directly contributed to the effective administration of this chapter 11 case, and to the benefit of the estates and their creditors.

15.     The following summary of services rendered during the Compensation Period is not intended to be a detailed description of the work performed – the time records are set forth in **Exhibit D**.  Instead, the following summary highlights certain services Porter Hedges rendered to the Committee and identifies some of the matters and issues that Porter Hedges addressed for the Committee during the Compensation Period.

A.  Case Administration [Hours 8.40 / Amount $4,643.50]

16.     Porter Hedges spent time communicating with Ropes & Gray LLP ("Ropes & Gray"), counsel to the Committee, regarding issues related to the Debtors' proposed plan and disclosure statement, budget, professional fees, appeals and executory contracts.

5685597v4

B.  General Committee [Hours 8.80 / Amount $4,091.00]

17.     Services rendered in this category include, but are not limited to (a) preparing for and attending weekly Committee meetings; (b) communicating with Ropes & Gray regarding strategies with respect to the Debtors' bankruptcy cases; and (c) communicating with the Committee and its members regarding updates and analysis.

C.  PH Fee Applications/Budgets [Hours 27.30 / Amount $11,979.50]

18.     During the Compensation Period, Porter Hedges attended to preparation of the Monthly Fee Statements and the Second Application of Porter Hedges LLP, as Texas Oil and Gas, and Conflicts Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and for the Reimbursement of Expenses for the Period from November 1, 2015 through March 31, 2016 (the "Second Interim Fee Application").  In preparing the Monthly Fee Statements and Second Interim Fee Application, Porter Hedges reviewed time entries for accuracy and propriety, to protect privilege, and to ensure compliance with the Local Bankruptcy Rules, the Appendix B Guidelines and the Local Guidelines.  Porter Hedges also attended to the preparation of a budget and staffing plan for the Compensation Period (the "Budget") and spent time discussing the Budget internally and with the Committee.

19.     The amount of fees billed to this category represents approximately 13% of the total fees requested for the Compensation Period.

D.  Plan & Disclosure Statement /Leases [Hours 94.40 / Amount $42,649.00]

20.     The majority of the services performed by Porter Hedges during the compensation period related to the impact of its lien investigation on the Debtor's Plan and Disclosure Statement process.  Porter Hedges reviewed the various iterations of the Debtors' Plan and Disclosure Statement and analyzed the provisions related to treatment of the liens asserted by the

7

secured parties, and in particular, the treatment of the lien deficiencies and other issues identified by Porter Hedges as part of its lien review analysis. Porter Hedges also consulted with and advised the Committee and its professionals regarding causes of action related to the Porter Hedges lien review. In addition, in connection with the confirmation hearing, Porter Hedges provided a declaration summarizing its lien review process and one of its partners sat for a deposition regarding the same issue. Porter Hedges worked cooperatively with Debtors' counsel to avoid the need for live testimony from Porter Hedges at the confirmation hearing, and instead the parties agreed to admit the Porter Hedges declaration and certain deposition excerpts.

E.  Executory Contracts/Leases [Hours 8.10 / Amount $3,544.00]

21.    Services rendered by Porter Hedges in this category include but were not limited to (i) extensive review and analysis of the Court's opinion and order (the "Rejection Order") authorizing the Debtors' rejection of gathering agreements with Nordheim Eagle Ford Gathering ("Nordheim") and HPIP Gonzalez Holdings, LLC and communicating with the Committee regarding same; and (ii) review and analysis of Nordheim's motion for an order staying the Rejection Order pending Nordheim's appeal and attendance at the hearing thereon.

F.  Lien Investigation/Analysis [Hours 41.10 / Amount $17,982.00]

22.    Another significant category of services rendered by Porter Hedges concerned lien investigation and analysis, which primarily involved follow up work on the lien review project in connection with the Debtor's Plan and Disclosure Statement. In brief, Porter Hedges' lien investigation is summarized below.

23.    Porter Hedges' lien review was based upon (a) a series of spreadsheets (the "Master Spreadsheets") supplied by the Debtors and listing over 20,000 oil and gas leases, (b) deeds of trust granted in favor of the first lien RBL Agent (the "RBL Mortgages"), (c) deeds of

8

trust granted in favor of the Second Lien Agent (the "Second Lien Mortgages," and together with the RBL Mortgages, the "Mortgages"), (d) certain unit declarations and pooling agreements ("Unit Designations") and (e) the results of public record searches performed by BB Genesis Land & Mineral Resources L.P. ("Genesis"). At Porter Hedges' direction, Genesis conducted a detailed search of the official public records in the applicable mortgaged counties ("Mortgaged Counties") in order to (f) verify the accuracy of lease recording information, (g) identify additional oil and gas properties owned by Debtors in such counties, (h) verify the existence of any recorded mortgages and any other liens and encumbrances and (i) locate recorded Unit Designations.

24.     In the course of its lien investigation, Porter Hedges reviewed the Master Spreadsheets, recorded copies of the RBL Mortgages and the Second Lien Mortgages and Genesis' search results in order to determine (a) how many leases identified in the Master Spreadsheets were listed on the exhibits to the Mortgages and (b) whether there were any inconsistencies in the recording information for such leases. Porter Hedges also reviewed recorded copies of Unit Designations to identify any leases that (c) appeared on the Master Spreadsheets, (d) were not listed in any of the RBL Mortgages or Second Lien Mortgages and (e) were identified in a recorded Unit Designation together with a mortgaged lease.

25.     As a result of its review, Porter Hedges identified 5,506 of the Debtors' oil and gas leases that were identified in the Master Spreadsheets, but were not identified on the exhibits attached to any of the RBL Mortgages (the "Unlisted Leases") consisting of (a) 1,001 leases located in counties where no Mortgages had been filed at all and (b) 4,505 leases that were not listed on the exhibits to the RBL Mortgages, but were located in Mortgaged Counties where such mortgages were filed. Porter Hedges also identified 1,167 of the 5,506 Unlisted Leases that were

9

included in Unit Designations together with a mortgaged lease, but were not otherwise identified in the RBL Mortgages. Genesis and Porter Hedges identified an additional 197 leases that contained recording information discrepancies or that did not contain any recording information at all. Finally, Porter Hedges also identified (a) 1,769 leases and (b) an additional 85 leases that were listed only in the exhibits to the Second Lien Mortgages as preference period leases.

26. Porter Hedges worked with the Debtors and their counsel, Kirkland & Ellis LLP ("K&E"), beginning in mid-August to obtain all relevant mortgage lien documentation and related information for use in its lien review process. Porter Hedges submitted various document requests to K&E and conducted several conference calls with Debtors and their counsel over a several-week period to focus and obtain responses to such requests. On September 11, 2015, Porter Hedges held an initial meeting with K&E and the Debtors at the Debtors' offices to discuss the scope of Debtors' properties and related mortgage analysis and various issues related thereto. At such meeting, the Debtors confirmed that the mortgage documentation and related records on the Forest-side properties were still under review and were subject to their further due diligence and confirmation. On October 26 and 27, 2015, Porter Hedges conducted additional meetings with certain professionals for the parties to discuss property identification numbers, identified unencumbered leases, valuation matters and various open matters related thereto.

27. In addition, on December 7, 2015, Porter Hedges and certain professionals at Berkeley Research Group, LLC ("BRG") met with Haynes and Boone, LLP, counsel to the second lien lenders, to discuss (a) the scope, analysis and supporting documentation for the Porter Hedges lien review analysis regarding identified unencumbered leases, preference period leases and purported unitized leases and (b) the value allocation model prepared by BRG tying certain leases to wells to property identification numbers. On December 17, 2015, Porter Hedges

10

and certain professionals at BRG met with Willkie Farr & Gallagher LLP, counsel to first lien lenders, and FTI Consulting, Inc., financial professionals for the first lien lenders, to discuss the same lien review and valuation methodology that Porter Hedges and BRG discussed with Haynes and Boone, LLP.  Porter Hedges held these meetings so that it and BRG could adequately brief and educate the relevant professionals for the secured creditors about Porter Hedges' lien review process and BRG's valuation models.

28.     Porter Hedges created substantial value as a result of its lien investigation efforts. Porter Hedges, working together with other professionals, focused significant attention on the potential extent of the universe of unencumbered leases.  In turn, the Debtors responded by more fully addressing their own assessment and treatment of such unencumbered leases, which we believe resulted in the Debtors allocating substantially more value than they otherwise would have to such unencumbered leases in the plan confirmation process

G.   Travel Time – Billed at 50% [Hours 8.00/ Amount $3,600.00]

29.     Time billed in this category relates to traveling to the plan confirmation hearing. The Debtors requested that Anders Gibson from Porter Hedges testify at the confirmation hearing, and he traveled to New York to testify, but hours before his scheduled testimony the parties reached an agreement to submit Mr. Gibson's declaration and certain excerpts from Mr. Gibson's deposition.

H.   Appeals [Hours .30/ Amount $202.50]

30.     Services rendered in this category relate to communicating with Ropes & Gray and the Committee regarding appellate issues.

5685597v4

## ALLOWANCE OF COMPENSATION

31.     The professional services rendered by Porter Hedges required a high degree of professional competence and skill, and Porter Hedges expended substantial time and effort in these efforts.  Porter Hedges respectfully submits that it performed the services rendered to the Committee in an efficient, effective, and economical manner, and that the results obtained to date benefited the Committee, the Debtors' estates, the Debtors' unsecured creditors, and all other parties in interest.  The Committee has been given the opportunity to review this Application and has approved the amount of compensation requested herein.

32.     The allowance of interim compensation for services rendered and reimbursement of expenses in chapter 11 cases is expressly provided for in section 331 of the Bankruptcy Code:

> [A]ny professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331.

33.     With respect to the level of compensation, section 330(a)(1)(A) of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A).   Section 330(a)(3), in turn, provides that:

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;

12

(C)     whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A)-(F).

34.     The Congressional policy expressed above provides for adequate compensation in order to continue to attract qualified and competent professionals to bankruptcy cases. In re Drexel Burnham Lambert Grp., Inc., 133 B.R. 13, 20 (Bankr. S.D.N.Y. 1991) ("Congress' objective in requiring that the market, not the Court, establish attorneys' rates was to ensure that bankruptcy cases were staffed by appropriate legal specialists."); In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833, 850 (3d Cir. 1994) ("Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.") (citations and internal quotations omitted).

35.     In assessing the "reasonableness" of the fees requested, courts have looked to a number of factors, including those first enumerated by the Fifth Circuit in Am. Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp. of Am.), 544 F.2d 1291, 1298-99 (5th Cir. 1977), superseded by statute as stated in Barron & Newburger, P.C. v. Tex. Skyline, Ltd. (In re

13

Woerner), 783 F.3d 266 (5th Cir. 2015), and thereafter adopted by most courts.[2] See In re Nine

Assocs., Inc., 76 B.R. 943, 945 (S.D.N.Y. 1987) (adopting First Colonial/Johnson analysis); In re

Cuisine Magazine, Inc., 61 B.R. 210, 212-13 (Bankr. S.D.N.Y 1986) (same); see generally 3

Collier on Bankruptcy ¶ 330.03[9] (enumerating First Colonial and Johnson as the "leading cases

to be considered in determining a reasonable allowance of compensation").  Porter Hedges

respectfully submits that the consideration of these so-called Johnson factors should result in this

Court's allowance of the full compensation requested.

(a)    Time and Labor Required.  The professional services rendered by Porter Hedges on behalf of the Committee required Porter Hedges to expend substantial time and effort on a continuous basis and under significant time pressure.  The services rendered by Porter Hedges also required a high degree of professional competence and expertise.

(b)    Novelty and Difficulty of Questions.  As described in further detail above, these chapter 11 cases have presented numerous novel and difficult questions.

(c)    Skill Requisite to Perform the Legal Services Properly. Porter Hedges' expertise in the area of bankruptcy and business restructuring, its ability to draw upon experienced professionals in other practice areas including oil and gas law and energy finance, and its innovative approach to the resolution of issues have contributed to the firm's representation of the Committee and the interests of unsecured creditors in these cases.

(d)    Preclusion of Other Employment Due to Acceptance of the Case.  The Porter Hedges professionals involved in providing services to the Committee are in high demand. As a result of commitments to the Committee, these

---

[2] The factors embraced by the Fifth Circuit in First Colonial were first adopted by the Fifth Circuit's decision in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974), abrogated by Blanchard v. Bergeron, 109 S. Ct. 939 (1989), except that First Colonial also included the "spirit of economy" as a factor expressly rejected by Congress in enacting section 330 of the Bankruptcy Code.  Stroock & Stroock & Lavan v. Hillsborough Holdings Corp. (In re Hillsborough Holdings Corp.), 127 F.3d 1398, 1403 (11th Cir. 1997).  A majority of the First Colonial factors are now codified in section 330(a)(3). 3 Collier on Bankruptcy ¶ 330.03[9] (Lawrence P. King et al., 16th ed. 2011).

14

professionals were not available for work for other Porter Hedges clients.

(e) <u>Customary Fee</u>. The fees sought herein are based upon Porter Hedges' normal hourly rates for services of this kind. Porter Hedges submits that the fees sought herein are not unusual given the complexity of these chapter 11 cases and the time expended in representing the Committee. Porter Hedges further submits that the fees sought herein are commensurate with fees Porter Hedges has been awarded in other cases both in and outside of bankruptcy and with fees charged by other attorneys of comparable experience.

(f) <u>Whether the Fee is Fixed or Contingent</u>. Pursuant to sections 330 and 331 of the Bankruptcy Code, all fees sought by professionals employed pursuant to section 327 and 328 of the Bankruptcy Code are contingent upon final approval by this Court and subject to adjustment depending on the services rendered and the results obtained.

(g) <u>Time Limitations Imposed by Client or Other Circumstances</u>. As discussed above, Porter Hedges has attended to certain issues arising in these chapter 11 cases in compressed and urgent time periods.

(h) <u>Amount Involved and Results Obtained</u>. Through the efforts of Porter Hedges, the Committee has been an active participant in these chapter 11 cases, which has contributed to the efficient administration of these chapter 11 cases.

(i) <u>Experience, Reputation, and Ability of the Attorneys</u>. Porter Hedges has sophisticated restructuring, corporate and litigation practices. Porter Hedges' experience enables it to perform legal services for the Committee with efficiency and skill. Further, in addition to its expertise in the areas of restructuring and corporate law and litigation, Porter Hedges has called upon the well-known expertise of its partners and associates in other practice areas to perform the legal services required by the Committee.

(j) <u>"Undesirability" of the Case</u>. These cases are not undesirable.

(k) <u>Nature and Length of Professional Relationship</u>. Porter Hedges performed services for the Committee beginning on August 11, 2015. The Court entered an order on September

15

30, 2015, authorizing the Committee to employ Porter Hedges *nunc pro tunc* to August 11, 2015. An order expanding the scope of Porter Hedges' employment Porter Hedges rendered services continuously to the Committee throughout these cases.

36. During the Compensation Period, Porter Hedges attorneys and paraprofessionals spent 196.40 hours providing services for the Committee at a blended rate of approximately $451.31 per hour. Porter Hedges assigned the work involved in light of the experience and expertise required for a particular task.

37. As shown by this Application and supporting exhibits, Porter Hedges spent its time economically and without unnecessary duplication of time. For the convenience of the Court and all parties in interest, attached as **Exhibit F** hereto is a comparison of blended hourly rates, as required by the Appendix B Guidelines and the Local Guidelines. Attached hereto as **Exhibit G** is a schedule of the hours expended by the attorneys and paraprofessionals during the Compensation Period, their normal hourly rates, and the value of their services.

38. Porter Hedges incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee during the Compensation Period in the amount of $4,015.31 for which Porter Hedges respectfully requests reimbursement of $4,015.31. Porter Hedges incurred these disbursements and expenses in accordance with Porter Hedges' normal practice of charging clients for all expenses incurred in connection with each client's case other than fixed and routine overhead expenses, which are included in Porter Hedges' normal hourly rates. Porter Hedges endeavored to minimize the out-of-pocket expenses for which it requests reimbursement to the fullest extent possible.

16

5685597v4

39.     No agreement or understanding exists between Porter Hedges and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with this chapter 11 case.

40.     No prior application has been made in this Court or in any other court for the relief requested herein for the Compensation Period.

## ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES

41.     The following statement is provided pursuant to ¶ C.5. of the Appendix B Guidelines.

(l)     **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer**: No.

(m)     **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer**: Porter Hedges and the Committee have agreed on monthly budgets for the Compensation Period. A comparison of amounts billed to budget is attached as **Exhibit G**. As discussed with greater specificity below, Porter Hedges was required to perform more work in certain categories than anticipated by the budget, but overall, Porter Hedges' fees during the Compensation Period were approximately $19,261.85 (approximately 8%) under budget.

(n)     **Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer**: No.

(o)     **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing,

17

5685597v4

reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

**Answer**: Yes, but only as necessary to prepare the Second Interim Fee Application. Porter Hedges incurred fees for approximately 1 hour for time spent preparing and filing monthly fee statements with the content and in the format required by the Interim Compensation Order, at a cost of approximately $460.00. The amount of fees for time spent preparing and filing monthly fee statements represents approximately .005% of the total fees requested for the Compensation Period.

(p)    **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

    **Answer**: No.

(q)    **Question**: If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

    **Answer**: There were no rate increases during the Compensation Period.

<u>**DISCUSSION OF BUDGET OVERAGE**</u>

42.    As part of its overall effort to comply with the Appendix B Guidelines, Porter Hedges prepared an anticipated Budget for Porter Hedges' services during the Compensation Period. **<u>Exhibit H</u>** sets forth a summary by task code of the hours and compensation billed compared to the aggregate hours and compensation budgeted.

18

43.     Porter Hedges exceeded the Budget by more than 10% in Plan & Disclosure Statement (Task Code 0013) and Lien Investigation/Analysis task codes (Task Code 0021). This is largely attributable to Porter Hedges being called upon to assist in preparing for the Plan confirmation hearing and to prepare a declaration outlining the Committee's lien investigation process and results.  Porter Hedges also had to prepare for and present one of its partners for a deposition related to the Plan confirmation hearing.  Ultimately, the parties were able to stipulate to the admission of certain deposition excerpts and a declaration to avoid the additional expense of tendering trial testimony.

44.     Viewed in the context of these chapter 11 cases, and in light of the fact that Porter Hedges' services were, in the aggregate, under Budget by $19,261.85 (approximately 8% under the budgeted amount), the few instances in which Porter Hedges exceeded its Budget are easily explainable and are entirely reasonable.

### FINAL FEE PERIOD

45.     This Application also covers the Final Fee Period of August 11, 2015 through July 27, 2016.  During the Final Fee Period, Porter Hedges performed necessary services and incurred expenses for the Committee.  As set forth in prior monthly applications, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs (i) incurred while representing the Committee and (ii) of preserving the value of the Debtors' estates.

19

5685597v4

**WHEREFORE,** Porter Hedges respectfully requests that this Court enter an order:

(a)    approving the allowance of $88,637.50 for compensation for professional services rendered to the Committee during the period from April 1, 2016, through and including July 27, 2016;

(b)    approving the reimbursement of Porter Hedges' out-of-pocket expenses incurred in connection with the rendering of such services during the period from April 1, 2016, through and including July 27, 2016 in the amount of $4,015.31;

(c)    approving final compensation in the total amount of $1,506,692.60, consisting of fees in the amount of $1,472,543.00 and expenses in the amount of $34,149.60 for the Final Compensation Period;

(d)    approving the payment of $317,884.95, representing the unpaid portion of Porter Hedges' incurred fees and expenses during the case;

(e)    authorizing and directing the Debtors to pay the fees and expenses awarded; and

(f)    granting such other and further relief as this Court may deem just and proper.

20

5685597v4

Dated:   September 16, 2016
         Houston, Texas

PORTER HEDGES LLP

By:   */s/ Eric M. English*
John F. Higgins
State Bar No. 09597500
Eric M. English
State Bar No. 240627144
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas   77002-2764
Telephone:  (713) 226-6000
Facsimile:  (713) 226-6248

*Texas, Oil and Gas, and Conflicts Counsel
to the Official Committee of Unsecured
Creditors*

5685597v4

## Exhibit A

**Certification of Counsel**

5685597v4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SABINE OIL & GAS CORPORATION, *et al.*,[4] | ) Case No. 15-11835 (SCC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**CERTIFICATION UNDER LOCAL GUIDELINES IN RESPECT OF**
**THE THIRD AND FINAL APPLICATION OF PORTER HEDGES LLP, AS TEXAS,**
**OIL AND GAS, AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR**
**THE REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**AUGUST 11, 2015 THROUGH JULY 27, 2016**

I, Eric M. English, hereby certify that:

1. I am a partner with the applicant firm, Porter Hedges LLP ("Porter Hedges"), Texas, oil and gas, and conflicts counsel to the Official Committee of Unsecured Creditors (the "Committee") of Sabine Oil & Gas Corporation, *et al.* (collectively, the "Debtors").

2. In accordance with Rule 2016-1(a) of the Local Bankruptcy Rules for the Southern District of New York and the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, effective February 5, 2013 (the "Local Guidelines"), this certification is made with respect to Porter Hedges' third and final application (the "Application") for allowance of compensation for services rendered and for

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440).

DOCPROPERTY "CUS_DocIDString" 5685597v

reimbursement of expenses incurred in connection therewith during the period from April 1, 2016 through and including July 27, 2016 (the "Compensation Period").

3.      Pursuant to Paragraph B.1 of the Local Guidelines, I certify that:

(a) I have read the Application;

(b) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements requested are consistent with the Local Guidelines;

(c) The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Porter Hedges and generally accepted by Porter Hedges' clients; and

(d) In providing reimbursable services, Porter Hedges does not make a profit on such services, whether performed by Porter Hedges in-house or through a third party.

4.      With respect to B.2 of the Local Guidelines, I certify that Porter Hedges has previously provided monthly statements of Porter Hedges' fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the terms of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 156] entered in these cases.

5.      With respect to section B.3 of the Local Guidelines, I certify that: (i) the Debtors, (ii) the U.S. Trustee, and (iii) the Committee have been provided with a copy of the Application concurrently with the filing thereof and will have at least fourteen (14) days' notice of the date set for objections to the Application.

Dated:   September 16, 2016
         Houston, TX

                                          By: */s/ Eric M. English*
                                          Eric M. English

DOCPROPERTY "CUS_DocIDString" 5685597v

## Exhibit B

**Porter Hedges Retention Order**

DOCPROPERTY "CUS_DocIDString" 5685597v

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SABINE OIL & GAS CORPORATION, *et al.*,[1] | ) Case No. 15-11835 (SCC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PORTER HEDGES LLP AS TEXAS AND OIL AND GAS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SABINE OIL & GAS CORPORATION, *ET AL. NUNC PRO TUNC* AS OF AUGUST 11, 2015**

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Sabine Oil & Gas Corporation, *et al.*, debtors and debtors in possession in these proceedings (the "Debtors"), for entry of an order authorizing the Committee to employ and retain Porter Hedges LLP ("Porter Hedges") as its Texas and oil and gas counsel *nunc pro tunc* as of August 11, 2015, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code; and upon the Declaration of John F. Higgins of Porter Hedges (the "Higgins Declaration") attached to the Application as **Exhibit B**; and upon the Declaration of Melinda C. Franek (the "Committee Declaration"), attached to the Application as **Exhibit C**; and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and the Court being satisfied that notice of this Application and the opportunity for a hearing on this application was

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440).

15-11835-scc    Doc 420    Filed 10/15/15    Entered 10/15/15 15:23:31    Main Document
Pg 31 of 77

appropriate under the particular circumstances and no further or other notice need be given; and the Court being satisfied, based on the representations made in the Application and the Higgins Declaration, that Porter Hedges does not represent or hold any interest adverse to the Debtors or its estates as to the matters upon which Porter Hedges has been and is to be employed, and that Porter Hedges is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code; and the Court having determined that the relief sought in the Application is in the best interests of the Committee, the Debtors, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Application is GRANTED to the extent set forth herein.

2.      In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Committee is authorized to employ and to retain Porter Hedges as its Texas and oil and gas counsel, *nunc pro tunc* as of August 11, 2015, on the terms and conditions set forth in the Application.

3.      Porter Hedges shall apply for compensation and reimbursement in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules, the Local Rules, and any fee and expense guidelines of this Court.

4.      Porter Hedges will provide notice of any rate increases by notifying the Committee and filing a notice with the Court.  The Committee, United States Trustee, and all parties in interest retain all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code.

5.    The Committee and Porter Hedges are authorized to take all actions they deem

necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance

with the Application.

6.    The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.    This Court shall retain jurisdiction with respect to all matters arising from or

relating to the interpretation or implementation of this Order.


Dated: October 15, 2015
        New York, NY


                                        /S/ Shelley C. Chapman
                                        THE HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE

**Exhibit C**

**Porter Hedges Expansion Order**

DOCPROPERTY "CUS_DocIDString" 5685597v

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SABINE OIL & GAS CORPORATION, *et al.*,[1] | ) | Case No. 15-11835 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF SABINE OIL & GAS CORPORATION, *ET AL*., FOR**
**ENTRY OF AN ORDER EXPANDING THE SCOPE OF THE COMMITTEE'S**
<u>**EMPLOYMENT AND RETENTION OF PORTER HEDGES LLP**</u>

Upon the application (the "<u>Application</u>") of the Official Committee of Unsecured

Creditors (the "<u>Committee</u>") of Sabine Oil & Gas Corporation, *et al*., debtors and debtors in

possession in these proceedings (the "<u>Debtors</u>") for entry of an order authorizing the Committee

to expand the scope of the Committee's employment and retention of Porter Hedges LLP

("<u>Porter Hedges</u>"); and the Court having jurisdiction pursuant to sections 157 and 1334 of title

28 of the United States Code to consider the Application and the relief requested therein; and

venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United

States Code; and the Court being satisfied that notice of this Application and the opportunity for

a hearing on this application was appropriate under the particular circumstances and no further or

other notice need be given; and the Court being satisfied, based on the representations made in

the Application; and the Court having determined that the relief sought in the Application is in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440).

54858238_1

15-11835-scc   Doc 692   Filed 01/12/16   Entered 01/12/16 12:24:08   Main Document
Pg 2 of 2

the best interests of the Committee, the Debtors, their creditors, and all parties in interest; and

after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.    The Application is GRANTED to the extent set forth herein.

2.    The Committee is authorized to employ and to retain Porter Hedges on the terms

and conditions set forth in the Application.

3.    The Committee and Porter Hedges are authorized to take all actions they deem

necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance

with the Application.

4.    The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

5.    This Court shall retain jurisdiction with respect to all matters arising from or

relating to the interpretation or implementation of this Order.


Dated: January 12, 2016
       New York, New York


/S/ Shelley C. Chapman
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE


-2-

## Exhibit D

**Itemized Fees**

5685597v4

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page         1
Inv#      DRAFT
Date      08/23/16
          014190-0001
          JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

TAX ID# 74-2174193

**Case Administration**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $4,643.50 |
| Disbursements | 4,015.31 |
| Total Current Invoice | $8,658.81 |
| Previous Balance | $22,831.01 |
| Less Credits | 0.00 |
| **Balance Forward** | **$22,831.01** |
| **TOTAL AMOUNT DUE** | **$31,489.82** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through August 2016, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/16 | JFH | Conference call and email with M. Somerstein and A. Krieger regarding UCC meeting and fee application issues. | 0.50 | 337.50 |
| 04/05/16 | JFH | Email M. Somerstein regarding motion to reject. | 0.20 | 135.00 |
| 04/07/16 | JFH | Several emails regarding motion to stay, hearings and UCC issues. | 0.30 | 202.50 |
| 04/12/16 | JFH | Several emails regarding UCC meeting, dimunition and hearings. | 0.40 | 270.00 |
| 04/21/16 | JFH | Several emails regarding motion to stay, order, appeal and disclosure statement. | 0.40 | 270.00 |
| 04/22/16 | JFH | Several emails with UCC and Ropes & Gray team regarding appeal briefs and issues. | 0.30 | 202.50 |
| 04/29/16 | JFH | Several emails regarding UCC meeting, budget and pending issues. | 0.40 | 270.00 |
| 05/04/16 | JMT | Prepare aggregate Fee Statement Schedules to include Fourth - Eighth Fee Statements. | 2.00 | 430.00 |
| 05/06/16 | JFH | Several emails regarding Nordheim contract and emergency motions. | 0.30 | 202.50 |
| 05/09/16 | ATG | Conference with E. English regarding court's final opinion regarding whether certain gathering agreements may be rejected in bankruptcy and review opinion and memorandum regarding same. | 0.30 | 96.00 |
| 05/09/16 | JFH | Several emails and meetings with E. English regarding UCC and fee application. | 0.30 | 202.50 |
| 05/10/16 | JFH | Several emails with A. Gibson and meeting with E. English regarding objection, conference and declaration. | 0.50 | 337.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/11/16 | JFH | Several emails regarding Declaration and issues. | 0.30 | 202.50 |
| 05/12/16 | JFH | Several emails regarding declaration. | 0.20 | 135.00 |
| 05/13/16 | JFH | Numerous emails regarding declaration and hearing. | 0.40 | 270.00 |
| 05/18/16 | JFH | Email E. English and A. Gibson regarding report. | 0.30 | 202.50 |
| 05/25/16 | JFH | Numerous emails regarding revisions to expert reports. | 0.40 | 270.00 |
| 05/27/16 | JFH | Several emails with R. Martin, A. Gibson and E. English regarding plan supplement (.3); several emails regarding depositions and issues (.3). | 0.60 | 405.00 |
| 05/31/16 | JFH | Several emails and meeting with E. English regarding deposition. | 0.30 | 202.50 |
| **Total Services** | | | **8.40** | **$4,643.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ATG | Amy T. Geise | Associate | 0.30 | 320.00 | 96.00 |
| JMT | Janice M. Thomas | Paralegal | 2.00 | 215.00 | 430.00 |
| JFH | John F. Higgins | Partner | 6.10 | 675.00 | 4,117.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

## Disbursements Summary

| Description | Value |
|---|---|
| Airfare | 1,694.20 |
| Computer Assisted Legal Research | 47.79 |
| Court Costs | 70.00 |
| Deposition Expense | 1,210.80 |
| Hotel | 644.95 |
| Limo/Taxi/Train/Subway | 199.50 |
| Long Distance | 14.70 |
| Parking | 12.00 |
| Personal Car Reimb-Mileage/Tolls/Parking | 40.00 |
| Reproduction | 26.70 |
| Working Meals | 54.67 |
| **Total Disbursements** | **$4,015.31** |
| | |
| **Invoice Total** | **$4,643.50** |
| | |
| **Balance Forward** | **22,831.01** |
| | |
| **Total Amount Due** | **$31,489.82** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page        1
Inv#      DRAFT
Date      08/23/16
014190-0002
JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.     TAX ID# 74-2174193
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

**General Committee**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $4,091.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $4,091.00 |
| Previous Balance | $7,828.10 |
| Less Credits | 0.00 |
| **Balance Forward** | **$7,828.10** |
| **TOTAL AMOUNT DUE** | **$11,919.10** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0002 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through August 2016, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/04/16 | EME | Attend weekly Committee call. | 1.10 | 506.00 |
| 04/12/16 | EME | Attend weekly Committee call. | 0.80 | 368.00 |
| 04/18/16 | EME | Prepare for and attend committee call to discuss Nordheim issues. | 1.50 | 690.00 |
| 04/25/16 | EME | Attend weekly Committee call. | 0.60 | 276.00 |
| 05/02/16 | EME | Attend weekly committee call. | 0.40 | 184.00 |
| 05/09/16 | EME | Attend weekly Committee call. | 1.80 | 828.00 |
| 05/09/16 | JFH | Several emails with UCC regarding DCP motion and Nordheim. | 0.20 | 135.00 |
| 05/23/16 | EME | Attend weekly Committee call and give presentation regarding Nordheim issues. | 0.70 | 322.00 |
| 06/06/16 | EME | Attend weekly Committee call. | 0.70 | 322.00 |
| 06/16/16 | EME | Attend weekly Committee call. | 1.00 | 460.00 |
| **Total Services** | | | **8.80** | **$4,091.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| EME | Eric M. English | Partner | 8.60 | 460.00 | 3,956.00 |
| JFH | John F. Higgins | Partner | 0.20 | 675.00 | 135.00 |

Total Disbursements $0.00

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                3
Inv#            DRAFT
Date          08/23/16
                014190-0002
JOHN F. HIGGINS

TAX ID# 74-2174193

| | |
|---|---|
| **Invoice Total** | **$4,091.00** |
| **Balance Forward** | **7,828.10** |
| **Total Amount Due** | **$11,919.10** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page          1
Inv#        DRAFT
Date       08/23/16
014190-0009
JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

TAX ID# 74-2174193

**PH Fee Applications and Budgets**

### Invoice Summary

| | |
|---|---|
| Professional Services | $11,979.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $11,979.50 |
| Previous Balance | $15,133.40 |
| Less Credits | 0.00 |
| **Balance Forward** | **$15,133.40** |
| **TOTAL AMOUNT DUE** | **$27,112.90** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page             2
Inv#         DRAFT
Date        08/23/16
014190-0009
JOHN F. HIGGINS

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through August 2016, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/06/16 | EME | Review and revise invoices for monthly fee statement. | 0.30 | 138.00 |
| 04/13/16 | MDL | Revise Genesis Interim Fee Application and prepare additional exhibits thereto per A. Krieger request for filing. | 1.50 | 675.00 |
| 04/15/16 | EME | Review monthly fee statement. | 0.20 | 92.00 |
| 04/25/16 | MDL | Begin preparing Second Interim Fee Application per E. English request. | 2.00 | 900.00 |
| 04/25/16 | EME | Draft Porter Hedges 3-month budget. | 0.40 | 184.00 |
| 05/02/16 | MDL | Continue review and revision of Porter Hedges Second Interim Fee Application. | 1.70 | 765.00 |
| 05/02/16 | EME | Correspondence with M. Lea regarding status of second interim fee application. | 0.10 | 46.00 |
| 05/04/16 | MDL | Continue preparing draft of Second Porter Hedges Interim Fee Application. | 4.50 | 2,025.00 |
| 05/05/16 | MDL | Continue review and revision to Porter Hedges Second Interim Fee Application. | 2.70 | 1,215.00 |
| 05/06/16 | MDL | Continue revising and drafting Second PH Interim Fee Application. | 4.50 | 2,025.00 |
| 05/06/16 | EME | Review invoices for monthly fee statement. | 0.10 | 46.00 |
| 05/09/16 | MDL | Update and revise draft of Porter Hedges Second Interim Fee Application per draft of Ropes and Gray Second Interim Fee Application. | 3.70 | 1,665.00 |
| 05/09/16 | KDS | Review and revise interim fee application. | 0.70 | 147.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0009 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/09/16 | EME | Review and revise interim fee application (.4); conference with M. Lea regarding revisions to interim fee application (.2). | 0.60 | 276.00 |
| 05/11/16 | MDL | Review Porter Hedges Second Interim Fee Application per supplemental comments thereto from Ropes and Gray. | 0.90 | 405.00 |
| 05/11/16 | EME | Review Ropes and Gray edits to Porter Hedges fee application. | 0.20 | 92.00 |
| 05/12/16 | MDL | Finalize changes to Porter Hedges Second Interim Fee Application and circulate same together with all exhibits to Ropes and Gray for filing. | 1.70 | 765.00 |
| 05/12/16 | JMT | Compile .pdf version of Final Porter Hedges Second Interim Fee Schedule. | 0.70 | 150.50 |
| 05/12/16 | EME | Review final revisions to interim fee application and transmit to Ropes. | 0.10 | 46.00 |
| 05/18/16 | EME | Review and revise monthly fee statement and send to Ropes for filing. | 0.20 | 92.00 |
| 07/07/16 | EME | Review and revise June monthly fee statement. | 0.20 | 92.00 |
| 07/18/16 | EME | Review J. Higgins notes regarding interim fee application status. | 0.10 | 46.00 |
| 07/19/16 | EME | Review update from M. Somerstein regarding fee applications. | 0.10 | 46.00 |
| 07/20/16 | EME | Review and revise monthly fee statement. | 0.10 | 46.00 |
| **Total Services** | | | **27.30** | **$11,979.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page            4
Inv#         DRAFT
Date        08/23/16
            014190-0009
            JOHN F. HIGGINS

TAX ID# 74-2174193

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MDL   Matthew D. Lea | Associate | 23.20 | 450.00 | 10,440.00 |
| KDS   Kim D. Steverson | Paralegal | 0.70 | 210.00 | 147.00 |
| JMT   Janice M. Thomas | Paralegal | 0.70 | 215.00 | 150.50 |
| EME   Eric M. English | Partner | 2.70 | 460.00 | 1,242.00 |

Total Disbursements                                                    $0.00

**Invoice Total**                                                    **$11,979.50**

**Balance Forward**                                                    **15,133.40**

**Total Amount Due**                                                    **$27,112.90**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page            1
Inv#        DRAFT
Date        08/23/16
014190-0013
JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.          TAX ID# 74-2174193
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

**Plan & Disclosure Statement**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $42,649.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $42,649.00 |
| Previous Balance | $43,121.30 |
| Less Credits | 0.00 |
| **Balance Forward** | **$43,121.30** |
| **TOTAL AMOUNT DUE** | **$85,770.30** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0013 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through August 2016, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/16 | EME | Review portion of draft Disclosure Statement objection regarding Bucket 2 lien related claims and related client correspondence. | 0.50 | 230.00 |
| 04/27/16 | EME | Review description of settlement of Texas lien claims in revised Disclosure Statement (.3); review correspondence from R. Martin regarding same (.1). | 0.40 | 184.00 |
| 05/09/16 | EME | Correspondence and conference with A. Gibson regarding expert report regarding lien investigation. | 0.40 | 184.00 |
| 05/10/16 | EME | Telephone conference and correspondence with Ropes team regarding expert reports and lien analysis (.9); conference with J. Higgins regarding PH declaration (.2). | 1.10 | 506.00 |
| 05/11/16 | EME | Conferences with A. Gibson regarding lien analysis questions. | 0.30 | 138.00 |
| 05/12/16 | MDL | Review draft "unitization" language per A. Gibson request and prepare comments thereto. | 1.30 | 585.00 |
| 05/12/16 | EME | Conferences with A. Gibson regarding declaration and revisions (.7); review and revise declaration (1.0). | 1.70 | 782.00 |
| 05/13/16 | EME | Review and revise Gibson declaration (1.5); conferences with A. Gibson regarding declaration (.4). | 1.90 | 874.00 |
| 05/15/16 | EME | Review Debtors' expert reports addressing lien issues (.4); review multiple correspondence with Ropes team regarding responses and Committee expert report (.3). | 0.70 | 322.00 |
| 05/16/16 | EME | Review client and Ropes correspondence regarding expert reports and related issues (.3); correspondence with A. Gibson regarding status of lien issues and information requests for Debtors (.2). | 0.50 | 230.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0013 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/17/16 | MDL | Discussions with J. Gonzalez regarding lease and lien analysis matters. | 0.60 | 270.00 |
| 05/17/16 | EME | Review and analyze correspondence regarding Bucket 2 claims and lien analysis (.3); review and provide comments to BRG expert report sections regarding lien analysis (1.0). | 1.30 | 598.00 |
| 05/18/16 | EME | Telephone conference with M. Shankweiler regarding Genesis information (.3); telephone conference with D. Huebner regarding BRG questions (.2); multiple correspondence regarding Genesis information and BRG report (.2). | 0.70 | 322.00 |
| 05/19/16 | MDL | Review lien report and confer with A. Gibson regarding various matters related to lien analysis and legal theories in connection therewith. | 1.60 | 720.00 |
| 05/19/16 | EME | Correspondence with A. Gibson regarding BRG report (.1); correspondence with M. Shankweiler regarding Genesis analysis (.1). | 0.20 | 92.00 |
| 05/20/16 | EME | Review client comments to BRG expert report. | 0.10 | 46.00 |
| 05/21/16 | MDL | Review A. Gibson responses Mitchell Report questions and begin preparing comments thereto. | 0.80 | 360.00 |
| 05/21/16 | EME | Multiple correspondence with A. Gibson and BRG team regarding report (.5); review A. Gibson responses to BRG questions (.6). | 1.10 | 506.00 |
| 05/23/16 | MDL | Discussions with A. Gibson regarding lien analysis matters and process for Mitchell Report and review notes in connection therewith. | 1.50 | 675.00 |
| 05/23/16 | EME | Review relevant sections of revised BRG report (.4); conference with A. Gibson regarding comments to report (.4). | 0.80 | 368.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | DRAFT |
| Date | | 08/23/16 |
| | | 014190-0013 |
| | | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/24/16 | MDL | Review and prepare comments to Bucket 2 Texas Law Issues document prepared by Ropes and Gray. | 1.80 | 810.00 |
| 05/24/16 | EME | Review and revise unitization section of confirmation brief (.7); review M. Lea changes (.4). | 1.10 | 506.00 |
| 05/25/16 | EME | Correspondence with M. Shankweiler and PH team regarding mortgage questions and documents (.1); correspondence with R. Martin regading confirmation objection (.1); review filed confirmation objection (.3). | 0.50 | 230.00 |
| 05/27/16 | EME | Correspondence with Ropes team regarding requested A. Gibson deposition (.2); correspondence with PH team regarding requested deposition (.3). | 0.50 | 230.00 |
| 05/28/16 | EME | Correspondence with A. Gibson regarding requested deposition and plan supplement (.2); correspondence with R. Martin regarding plan supplement questions (.1). | 0.30 | 138.00 |
| 05/30/16 | EME | Review A. Gibson summary of exit facility and responses to questions from R. Martin. | 0.30 | 138.00 |
| 05/31/16 | MDL | Review attorney notes and files in connection with potential deposition regarding lien analysis and confer with A. Gibson regarding same. | 2.50 | 1,125.00 |
| 05/31/16 | EME | Conference with J. Higgins regarding A. Gibson deposition (.2); correspondence with Ropes team regarding Gibson deposition (.3); conference with A. Gibson regarding preparation for deposition (.3); review oil and gas valuation case from R. Martin (.3). | 1.10 | 506.00 |
| 06/01/16 | EME | Telephone conference with D. McGaughey regarding A. Gibson declaration (.3); conference with A. Gibson deposition (.2). | 0.50 | 230.00 |
| 06/01/16 | ATCG | Discuss lien analysis issues with M. Lea (.5); discuss deposition matters with E. English (.2); review materials for preparation for deposition (.5). | 1.20 | 540.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page          5
Inv#      DRAFT
Date      08/23/16
          014190-0013
          JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/02/16 | EME | Conference with A. Gibson in preparation for deposition (1.3); telephone conference with R. Martin regarding confirmation hearing research task (.2); correspondence with M. Lea and A. Gibson regarding research (.3). | 1.80 | 828.00 |
| 06/02/16 | ATCG | Work with E. English to prepare for deposition (1.3); review materials to prepare for deposition (.6). | 1.90 | 855.00 |
| 06/02/16 | JFH | Several emails, meeting and conference call with E. English regarding deposition and valuation issues. | 0.40 | 270.00 |
| 06/03/16 | MDL | Review In Re Spacek case provided by Ropes and Gray and confer with A. Gibson regarding same. | 1.00 | 450.00 |
| 06/03/16 | EME | Correspondence with A. Gibson regarding request for Genesis lien search. | 0.30 | 138.00 |
| 06/03/16 | ATCG | Work with D. Huebner to obtain copies of Spacek mineral interest documentation. | 0.60 | 270.00 |
| 06/03/16 | JFH | Several emails regarding mediation and discovery. | 0.30 | 202.50 |
| 06/06/16 | JAG | Circulate preference period mortgage instruments to R. Martin per request (.4); conference with A. Gibson regarding same (.2). | 0.60 | 192.00 |
| 06/06/16 | EME | Correspondence with Ropes team regarding Gibson deposition issues. | 0.20 | 92.00 |
| 06/06/16 | ATCG | Discuss propnum and lease matters with M. Shankweiler and address related matters. | 0.70 | 315.00 |
| 06/07/16 | EME | Correspondence with Ropes team regarding potential A. Gibson deposition (.3); correspondence with J. Higgins regarding status (.2); correspondence with Genesis land team regarding documents requested by Ropes (.2). | 0.70 | 322.00 |
| 06/07/16 | ATCG | Review lien analysis materials and Gibson Declaration in preparation for deposition. | 1.40 | 630.00 |
| 06/08/16 | JAG | Assist A. Gibson with preparing for deposition. | 0.60 | 192.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 6 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0013 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/16 | MDL | Various discussions with A. Gibson regarding lien analysis matters and review lien report in connection therewith. | 2.00 | 900.00 |
| 06/08/16 | NJR | Save electronic versions of Deed regarding J. R. Dodd to Spacek (.4); forward same to A. Gibson for further handling (.1). | 0.50 | 55.00 |
| 06/08/16 | EME | Conference with J. Higgins regarding A. Gibson deposition (.2); telephone conferences with Ropes team to prepare for A. Gibson deposition (.2); telephone conferences with Kirkland lawyer regarding deposition scheduling (.2);meetings with A. Gibson and B. Shaughnessy (by phone) to prepare for deposition (2.0); review materials in preparation for A. Gibson deposition (2.1). | 4.70 | 2,162.00 |
| 06/08/16 | ATCG | Discuss lien analysis matters with M. Lea (.5); discuss Spacek mineral documentation with D. Huebner (.5); discuss Genesis' public records lease review with D. Huebner (.6); work on deposition preparation with E. English (2.1); organize Spacek documents for delivery to Ropes Gray (.3); discuss lien review process with team members (.9); review lien analysis materials in preparation for deposition (1.2). | 6.10 | 2,745.00 |
| 06/08/16 | JFH | Several emails regarding exhibits, objection to plan and meeting with E. English regarding discovery issues. | 0.50 | 337.50 |
| 06/09/16 | JAG | Assist A. Gibson in preparing for disposition. | 0.70 | 224.00 |
| 06/09/16 | MDL | Review attorney notes and lien report in connection with A. Gibson deposition and further discussions with A. Gibson regarding same. | 1.20 | 540.00 |
| 06/09/16 | EME | Correspondence with D. Lorgio regarding A. Gibson deposition logistics (.2); prepare for deposition of A. Gibson (.5). | 0.70 | 322.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page          7
Inv#          DRAFT
Date          08/23/16
014190-0013
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/09/16 | ATCG | Discuss lien analysis matters with J. Gonzalez (.3); review lien analysis materials in preparation for deposition (.7). | 1.00 | 450.00 |
| 06/10/16 | MDL | Supplemental discussions with A. Gibson regarding lien analysis questions/process in connection with A. Gibson deposition. | 2.50 | 1,125.00 |
| 06/10/16 | JMT | Search online real property records of several Texas counties to retrieve sample lease agreements. | 0.40 | 86.00 |
| 06/10/16 | EME | Prepare for A. Gibson deposition (4.6); attend A. Gibson deposition (2.5). | 7.10 | 3,266.00 |
| 06/10/16 | ATCG | Prepare for deposition with E. English and B. Shaughnessy (2.0); review lien analysis materials to prepare for deposition (.9); attend and provided deposition testimony regarding Gibson Declaration (3.2). | 6.10 | 2,745.00 |
| 06/13/16 | ATCG | Discuss lien analysis issues with colleagues. | 0.20 | 90.00 |
| 06/14/16 | ATCG | Discuss lien analysis matters with colleagues. | 0.20 | 90.00 |
| 06/15/16 | JFH | Several emails regarding confirmation hearing. | 0.30 | 202.50 |
| 06/16/16 | EME | Review transcript of confirmation hearing for comments about lien analysis. | 0.40 | 184.00 |
| 06/17/16 | EME | Various correspondence with Ropes team regarding confirmation hearing and lien review. | 0.40 | 184.00 |
| 06/20/16 | MDL | Discussions and conference calls with A. Gibson regarding lien analysis procedure and other matters. | 3.00 | 1,350.00 |
| 06/20/16 | EME | Conference with A. Gibson regarding confirmation hearing (.1); review Magelton declaration and correspondence with PH team regarding same (.5). | 0.60 | 276.00 |
| 06/20/16 | ATCG | Review Magilton Declaration and identify lien analysis issues (2.0); discuss mortgage matters with G. Galardi (.2); discuss mortgage matters with M. Lea (.5). | 2.70 | 1,215.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 8 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0013 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/16 | JFH | Several emails with E. English, Ropes & Gray team and A. Gibson regarding confirmation hearing, depositions and witness issues. | 0.50 | 337.50 |
| 06/21/16 | EME | Multiple correspondence with Ropes team and PH team regarding A. Gibson witness issues and preparation. | 0.30 | 138.00 |
| 06/21/16 | ATCG | Review well bore mortgage matters and discuss with M. Lea (.9); review recording issues and unitization issues and well identification matters (1.5). | 2.40 | 1,080.00 |
| 06/22/16 | JAG | Review exhibits of first lien Deeds of Trust with respect to unit information in connection with A. Gibson deposition (1.6); conference and correspond with A. Gibson regarding same (.4). | 2.00 | 640.00 |
| 06/22/16 | EME | Multiple correspondence and conferences with A. Gibson regarding preparation for confirmation hearing and testimony (1.2); review correspondence from Ropes team regarding stipulation regarding deposition excerpts (.2). | 1.40 | 644.00 |
| 06/22/16 | ATCG | Review mortgage and lien analysis materials and prepare for witness testimony (4.6); meet with B. Shaughnessy at Ropes Gray offices (1.0). | 5.60 | 2,520.00 |
| 06/29/16 | ATCG | Review and address lien granting clause questions posed by Ropes Gray and prepare answers to same. | 1.20 | 540.00 |
| 06/30/16 | ATCG | Calls with M. Shankweiler to discuss lien review matters and unencumbered lease lists. | 0.40 | 180.00 |
| 07/06/16 | EME | Correspondence with a Gibson regarding telephone conference with Ropes team to prepare for Zelin testimony. | 0.30 | 138.00 |
| 07/12/16 | EME | Review portion of closing slides related to lien analysis issues. | 0.30 | 138.00 |
| 07/13/16 | EME | Review Debtors' closing argument slides as they relate to lien analysis. | 0.30 | 138.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 9
Inv# DRAFT
Date 08/23/16
014190-0013
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/15/16 | JFH | Review pleadings (.3); conference call with M. Somerstein regarding confirmation and fee application (.3). | 0.60 | 405.00 |
| **Total Services** | | | **94.40** | **$42,649.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---------|------|-------|-------|------|--------|
| JAG | Jessica A. Gonzalez | Associate | 3.90 | 320.00 | 1,248.00 |
| MDL | Matthew D. Lea | Associate | 19.80 | 450.00 | 8,910.00 |
| JMT | Janice M. Thomas | Paralegal | 0.40 | 215.00 | 86.00 |
| NJR | Nicole Robinson | Paralegal Clerk | 0.50 | 110.00 | 55.00 |
| EME | Eric M. English | Partner | 35.50 | 460.00 | 16,330.00 |
| ATCG | Anders T. C. Gibson | Partner | 31.70 | 450.00 | 14,265.00 |
| JFH | John F. Higgins | Partner | 2.60 | 675.00 | 1,755.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$42,649.00** |
| **Balance Forward** | **43,121.30** |
| **Total Amount Due** | **$85,770.30** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page            1
Inv#         DRAFT
Date        08/23/16
014190-0016
JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

TAX ID# 74-2174193

**Executory Contracts/Leases**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $3,544.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $3,544.00 |
| Previous Balance | $4,049.60 |
| Less Credits | 0.00 |
| **Balance Forward** | **$4,049.60** |
| **TOTAL AMOUNT DUE** | **$7,593.60** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0016 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through August 2016, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/16 | EME | Review correspondence from Ropes team regarding additional briefing on Nordheim issues. | 0.10 | 46.00 |
| 05/05/16 | ATG | Correspondence with E. English and J. Higgins regarding drafting memorandum on decision regarding covenants in the land in Sabine (.2); review opinion and draft outline of same (.8); finalize memorandum and circulate to J. Higgins and E. English (.1). | 1.10 | 352.00 |
| 05/05/16 | EME | Correspondence with Ropes team regarding summary of rejection opinion. | 0.20 | 92.00 |
| 05/06/16 | EME | Review memorandum outlining memorandum opinion on rejection of Nordheim and HPIP agreements (.4); draft notes for Committee meeting regarding same (.2). | 0.60 | 276.00 |
| 05/09/16 | EME | Review and analyze motion to execute new gathering contract and draft summary (.7); prepare report for Committee regarding opinion on rejection of gas gathering contract (.6). | 1.30 | 598.00 |
| 05/10/16 | EME | Correspondence with Committee regarding follow up questions. | 0.20 | 92.00 |
| 05/11/16 | ATG | Revise and finalize memorandum summarizing court's analysis on covenant running with land issue and attach opinion (.1); circulate same to E. English and J. Higgins (.1). | 0.20 | 64.00 |
| 05/13/16 | EME | Review Nordheim objection to DCP contract motion. | 0.20 | 92.00 |
| 05/20/16 | EME | Review recent filings related to Nordheim dispute (.5); draft summary of recent developments for Committee (.4). | 0.90 | 414.00 |
| 05/23/16 | EME | Prepare for presentation to Committee regarding Nordheim issues. | 0.30 | 138.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# DRAFT
Date 08/23/16
014190-0016
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/16 | EME | Telephonically attend hearing on request for stay pending appeal and direct appeal (1.7); draft summary for client (.9). | 2.60 | 1,196.00 |
| 06/16/16 | EME | Review and analyze opinion regarding denial of direct appeal certification and stay pending appeal. | 0.40 | 184.00 |
| **Total Services** | | | **8.10** | **$3,544.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ATG | Amy T. Geise | Associate | 1.30 | 320.00 | 416.00 |
| EME | Eric M. English | Partner | 6.80 | 460.00 | 3,128.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$3,544.00** |
| **Balance Forward** | **4,049.60** |
| **Total Amount Due** | **$7,593.60** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page    1
Inv#    DRAFT
Date    08/23/16
014190-0021
JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

TAX ID# 74-2174193

**Lien Investigation/Analysis**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $17,928.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $17,928.00 |
| Previous Balance | $92,514.71 |
| Less Credits | 0.00 |
| **Balance Forward** | **$92,514.71** |
| **TOTAL AMOUNT DUE** | **$110,442.71** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0021 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through August 2016, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/04/16 | ATCG | Call with M. Shankweiler regarding lease unitization matters. | 0.20 | 90.00 |
| 05/02/16 | ATCG | Call with M. Shankweiler to discuss lien matters. | 0.40 | 180.00 |
| 05/04/16 | ATCG | Call with M. Shankweiler to discuss lease valuation and Bucket 2 claims. | 0.50 | 225.00 |
| 05/09/16 | ATCG | Call with M. Shankweiler (.2); all hands call to discuss lien analysis matters (.5); review Report to Committee and correspond with colleagues (.4); discuss lien matters with E. English (.3). | 1.40 | 630.00 |
| 05/09/16 | JFH | Several emails with A. Gibson regarding report. | 0.20 | 135.00 |
| 05/10/16 | ATCG | Call with D. McCaughey and review key provisions of Report to Committee (.8); review correspondence and lien review process (.9). | 1.70 | 765.00 |
| 05/11/16 | ATCG | Correspond with D. Heubner regarding declaration matters. | 0.20 | 90.00 |
| 05/12/16 | JAG | Conference call with A. Gibson regarding first and second lien mortgages and attention to matters related to same (.3); review Gibson Declaration and correspondence related thereto (.3). | 0.60 | 192.00 |
| 05/12/16 | ATCG | Prepare Gibson declaration and prepare comments to same (2.3); discuss comments with E. English and prepare redline (1.3); calls with D. McCaughey to discuss and finalize comments to declaration (1.5); correspond with D. Heubner (.3); review mortgage matters and lease summary matters (1.3). | 6.70 | 3,015.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page            3
Inv#        DRAFT
Date        08/23/16
014190-0021
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/13/16 | ATCG | Review correspondence (.8); review summary lists of leases and discuss same with E. English (1.1); prepare comments to Gibson declaration (1.2); calls with D. McCaughey to discuss draft of declaration (.6); review and address lease lists (.5); call with M. Shankweiler to discuss valuation matters and unitization matters (1.1). | 5.30 | 2,385.00 |
| 05/14/16 | ATCG | Correspond with BRG regarding propnums and valuation matters. | 0.60 | 270.00 |
| 05/15/16 | JAG | Review correspondence regarding all-hands conference call. | 0.10 | 32.00 |
| 05/16/16 | JAG | All-hands conference call regarding valuation issues. | 0.80 | 256.00 |
| 05/16/16 | ATCG | Review lien analysis notes (.2); all hands call with BRG to discuss valuation (.9); correspond regarding unit declarations (.3). | 1.40 | 630.00 |
| 05/17/16 | JAG | Review J. Mitchell Declaration and Expert Report (.5); telephone conferences with B. Park regarding same (.3); conference with M. Lea regarding same (.3). | 1.10 | 352.00 |
| 05/17/16 | ATCG | Correspond with working group regarding lien review and valuation (.8); review BRG expert report and prepare comments to same (.3). | 1.10 | 495.00 |
| 05/18/16 | JAG | Conference with A. Gibson regarding mortgage and lien analysis and valuation issues related thereto. | 0.20 | 64.00 |
| 05/18/16 | ATCG | Review BRG expert report and prepare comments to same. | 0.40 | 180.00 |
| 05/19/16 | JAG | Review correspondence from B. Park regarding lien analysis and valuation issues related thereto (.2); correspond with A. Gibson regarding same (.2). | 0.40 | 128.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0021 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/16 | JAG | Correspond and conference with B. Park regarding lease and well analysis and review spreadsheets in connection therewith (.7); conference with A. Gibson regarding same (.3). | 1.00 | 320.00 |
| 05/20/16 | ATCG | Discuss lien review matters with J. Gonzalez (.6); call with M. Shankweiler to discuss lien valuation matters (.6). | 1.20 | 540.00 |
| 05/21/16 | JAG | Correspond with A. Gibson regarding lien and unitization analysis. | 0.20 | 64.00 |
| 05/21/16 | ATCG | Review lien analysis questions from M. Shankweiler and prepare answers to same (2.5); review certain parts of Mitchell report and prepare summary analysis of same (1.5). | 4.00 | 1,800.00 |
| 05/22/16 | ATCG | Review additional issues regarding lien review. | 0.40 | 180.00 |
| 05/23/16 | ATCG | Discuss unitization analysis matters with M. Lea and summarize notes of key issues (1.1); review BRG expert report and prepare comments to same (1.7). | 2.80 | 1,260.00 |
| 05/25/16 | JAG | Review correspondence regarding unencumbered lease lists (.3); conference with A. Gibson regarding same (.2); circulate emails to BRG related to same (.1). | 0.60 | 192.00 |
| 05/25/16 | ATCG | Call with M. Shankweiler to discuss lease valuation matters. | 0.30 | 135.00 |
| 05/28/16 | ATCG | Correspond with R. Martin regarding borrowing base. | 0.20 | 90.00 |
| 05/30/16 | ATCG | Review borrowing base provisions of exit RBL credit facility and prepare summary email regarding same (1.0); review second lien mortgage matters (.6). | 1.60 | 720.00 |
| 05/30/16 | JFH | Several emails with A. Gibson and R. Martin regarding mortgage issues. | 0.40 | 270.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 5 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0021 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/31/16 | JAG | Telephone conference with A. Gibson regarding second lien preference period mortgage instruments (.1); review second lien mortgage instruments (.1); circulate second lien mortgage to R. Martin per request (.2). | 0.40 | 128.00 |
| 05/31/16 | ATCG | Discuss lien matters with J. Gonzalez (.2); call with E. English to discuss deposition matters (.3); review committee report and lien analysis materials (1.4). | 1.90 | 855.00 |
| 07/05/16 | ATCG | Review lien granting clauses and collateral documents and prepare for call with PJT (2.0); call with BRG and PJT regarding lien granting clause matters (.8). | 2.80 | 1,260.00 |
| **Total Services** | | | **41.10** | **$17,928.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAG | Jessica A. Gonzalez | Associate | 5.40 | 320.00 | 1,728.00 |
| ATCG | Anders T. C. Gibson | Partner | 35.10 | 450.00 | 15,795.00 |
| JFH | John F. Higgins | Partner | 0.60 | 675.00 | 405.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$17,928.00** |
| **Balance Forward** | **92,514.71** |
| **Total Amount Due** | **$110,442.71** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv#          DRAFT
Date          08/23/16
              014190-0021
              JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.          TAX ID# 74-2174193
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

**Lien Investigation/Analysis**

---

## REMITTANCE PAGE

| | |
|---|---|
| **Invoice Total** | **$17,928.00** |
| **Balance Forward** | **92,514.71** |
| **Matter Balance** | **$110,442.71** |

**For payments by wire, please use these wire instructions:**

**Financial**          Amegy Bank of Texas
              1801 Main Street
              Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:** RT/ABA# 113011258

**Swift Address for International Wires:** SWBKUS44

**PORTER HEDGES LLP Operating Account:** 5791152449

**Reference:** 014190-0021

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page               1
Inv#           DRAFT
Date        08/23/16
014190-0028
JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

TAX ID# 74-2174193

**Travel - Billed at 50%**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $3,600.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $3,600.00 |
| Previous Balance | $3,600.00 |
| Less Credits | 0.00 |
| **Balance Forward** | **$3,600.00** |
| **TOTAL AMOUNT DUE** | **$7,200.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0028 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through August 2016, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/22/16 | ATCG | Travel from Houston to New York City for witness testimony at plan confirmation hearing.  [Note: travel time was 8 hours, but only billed 4 hours (50%)] | 4.00 | 1,800.00 |
| 06/23/16 | ATCG | Travel from New York City to Houston for witness testimony at plan confirmation hearing. [Note: travel time was 8 hours, but only billed 4 hours (50%)] | 4.00 | 1,800.00 |
| **Total Services** | | | **8.00** | **$3,600.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ATCG   Anders T. C. Gibson | Partner | 8.00 | 450.00 | 3,600.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$3,600.00** |
| **Balance Forward** | **3,600.00** |
| **Total Amount Due** | **$7,200.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page        1
Inv#        DRAFT
Date        08/23/16
            014190-0029
            JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITOR/SABINE OIL & GAS CORP.     TAX ID# 74-2174193
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

**Appeals**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $202.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $202.50 |
| Previous Balance | $219,720.59 |
| Less Credits | (219,518.09) |
| **Balance Forward** | **$202.50** |
| **TOTAL AMOUNT DUE** | **$405.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | DRAFT |
| Date | 08/23/16 |
| | 014190-0029 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through August 2016, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/16 | JFH | Numerous emails regarding appellate brief and issues. | 0.30 | 202.50 |
| **Total Services** | | | **0.30** | **$202.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| JFH    John F. Higgins | Partner | 0.30 | 675.00 | 202.50 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$202.50** |
| **Balance Forward** | **202.50** |
| **Total Amount Due** | **$405.00** |

## <u>Exhibit E</u>

**Disbursement Summary**

5685597v4

**DISBURSEMENT SUMMARY**
**APRIL 1, 2016, THROUGH JULY 27, 2016**

| Expenses | Cost |
|---|---|
|  |  |
| Airfare | $1,694.20 |
| Computer Assisted Legal Research | $47.79 |
| Court Costs | $70.00 |
| Deposition Expense | $1,210.80 |
| Hotel | $644.95 |
| Limo/Taxi/Train/Subway | $199.50 |
| Long Distance | $14.70 |
| Parking | $12.00 |
| Personal Car Reimb-Mileage/Tolls/Parking | $40.00 |
| Reproduction | $26.70 |
| Working Meals | $54.67 |
|  |  |
| **TOTAL** | **$4,015.31** |

5685597v4

**Exhibit F**

**Blended Rate Comparison Table**

5685597v4

**A.** The blended hourly rate for hours worked by Porter Hedges timekeepers (including both professionals and paraprofessionals, but excluding professionals and paraprofessionals who practice primarily in bankruptcy matters) was, in the aggregate, approximately $430.51 per hour (the "Non-Bankruptcy Blended Hourly Rate").

**B.** The blended hourly rate for hours worked by all Porter Hedges timekeepers (including both professionals and paraprofessionals) who billed to the Committee during the Compensation Period was approximately $451.31 per hour (the "Committee Blended Hourly Rate").

**C.** The Committee Blended Hourly Rate is slightly higher than the Non-Bankruptcy Blended Hourly Rate due to the high degree of complexity in these chapter 11 cases requiring a greater amount of involvement by more senior associates and partners at higher billing rates.

**D.** A detailed comparison of these rates is as follows:

| Position at Porter Hedges | Committee Blended Hourly Rate for This Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $469.83 | $450.00 |
| Associates | $423.71 | $426.88 |
| Paraprofessionals | $201.97 | $200.41 |
| **TOTAL** | $451.31 | $430.51 |

5685597v4

## Exhibit G

## Timekeeper Summary

5685597v4

## TIMEKEEPER SUMMARY

| Professional | Title | Section | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| John F. Higgins | Partner | Bankruptcy | $675.00 | 9.80 | $6,615.00 |
| Eric M. English | Partner | Bankruptcy | $460.00 | 53.60 | $24,656.00 |
| Amy L. Geise | Associate | Bankruptcy | $320.00 | 1.60 | $512.00 |
| Kim D. Steverson | Paralegal | Bankruptcy | $210.00 | .70 | $147.00 |
| Anders T.C. Gibson | Partner | Energy Finance | $450.00 | 74.80 | $33,660.00 |
| Matthew D. Lea | Associate | Energy Finance | $450.00 | 43.00 | $19,350.00 |
| Jessica A. Gonzalez | Associate | Energy Finance | $320.00 | 9.30 | $2,976.00 |
| Janice M. Thomas | Paralegal | Energy Finance | $215.00 | 3.10 | $666.50 |
| Nicole J. Robinson | Paralegal | Property & Finance | $110.00 | .50 | $55.00 |
| | | | | | |
| **TOTAL** | | | | **196.40** | **$88,637.50** |

5685597v4

## Exhibit H

**Budget Comparison**

5685597v4

**COMPENSATION BY PROJECT CATEGORY – BUDGETED AND ACTUAL FEES[5]**

| TASK CODE | Project Category | Estimated Hours | Estimated Fees | Actual Hours | Total Fees Requested |
|---|---|---|---|---|---|
| -0001 | Case Administration | 25.0 | $13,833.25 | 8.40 | $4,643.50 |
| -0002 | General Committee | 25.0 | $13,833.25 | 8.80 | $4,091.00 |
| -0003 | Litigation and Contested Matters | 25.0 | $13,833.25 | 0 | $0.00 |
| -0009 | PH Fee Applications and Budgets | 25.0 | $13,833.25 | 27.30 | $11,979.50 |
| -0013 | Plan & Disclosure Statement | 30.0 | $16,599.90 | 94.40 | $42,649.00 |
| -0014 | Debtor-in-Possession/Cash Collateral | 25.0 | $13,833.25 | 0 | $0.00 |
| -0016 | Executory Contracts/Leases | 15.0 | $8,299.95 | 8.10 | $3,544.00 |
| -0018 | Non-Working Travel | 0 | $0.00 | 8.00 | $3,600.00 |
| **-0021** | Lien Investigation/Analysis | 25.0 | $13,833.25 | 41.10 | $17,928.00 |
| -0031 | Appeals | 0 | $0.00 | .30 | $202.50 |
| | | | | | |
| | **TOTAL** | **195.00** | **$107,899.35** | **196.40** | **$88,637.50** |

---

[5] The last budget approved prior to the confirmation of the Plan was for the period from May 1, 2016 – July 31, 2016.

5685597v4