USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>SABINE OIL & GAS CORPORATION, *et al.*,[1]<br>Debtors<br>-------------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *et al.*,<br>Appellants,<br>v.<br>SABINE OIL & GAS CORPORATION, et al.,<br>Appellees. | No. 1:16-cv-3728 (VEC)<br>(consolidated with Nos. 1:16-cv-3965 (VEC) and 1:16-cv-4148 (VEC))<br><br>Appeal from Chapter 11<br>Case No. 15-11835 (SCC)<br>Jointly Administered<br><br>**ORDER GRANTING IN PART APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL** |

**UPON CONSIDERATION** of Appellants' Motion for Voluntary Dismissal, it is hereby

**ORDERED** that Appellants' Motion for Voluntary Dismissal is granted; it is

**FURTHER ORDERED** that the three appeals consolidated in case no. 1:16-cv-3728 (VEC) be **DISMISSED**; and it is

**FURTHER ORDERED** that no later than October 7, 2016, the parties must submit short letter briefs addressing who should bear costs and why. The parties must also address why this dispute regarding fees should not be remanded to the Bankruptcy Court.

SO ORDERED
September 16, 2016

HONORABLE VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440).